IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
FEB 10 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

AMIN JONES, )
     Plaintiff, )
  vs )
UNITED STATES DEPARTMENT OF JUSTICE, )
     and )  Case No.: 06 0248
UNITED STATES ATTORNEYS OFFICE )
FOR THE MIDDLE DISTRICT OF FLORIDA, )
     and )
UNITED STATES PROBATION OFFICE, )
     and )
FEDERAL BUREAU OF PRISONS, )
     Defendant(s) )
JOHN DOE )
NUMBER ONE (1) THROUGH TEN (10) )
ALL INDIVIDUALLY AND UNDER )
THE CAPACITY OF EMPLOYMENT )
     Defendant(s) (et. al). )

## JUDICIAL NOTICE

COMES NOW, Amin Jones "Plaintiff" proceeding **pro-se** in the above entitled cause, and hereby give this Honorable Court Judicial Notice that Plaintiff will serve **Notice** upon all individually named Defendant(s) within the time table set-forth in the **Fed.R.Civ.P.**, The Plaintiff will simultaneously file the Notice and the name of the individually named Defendant with the Court.

/S/ Amin Jones
Plaintiff "Pro-Se"

3