RECEIVED

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

MAR - 6 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

AMIN JONES,               )
                          )
        Plaintiff,        )
                          )
    vs.                   )      Civ. No.: 06-0248 -PLF
                          )                  UNA
UNITED STATES DEPARTMENT  )            (06-0202)
OF JUSTICE, et. al.,      )
                          )
        Respondent(s).    )      __JUDICIAL  NOTICE__
                          )

TO: THE HONORABLE JUDGE FRIEDMAN:

    COMES NOE, Amin Jones, "Plaintiff" proceeding **pro-se** and **in forma pauperis** in the above entitled cause, and hereby give this Honorable Court Judicial Notion that both above listed cause numbers are one in the same.

    NOTICE is further given that Plaintiff did submit a request to institution staff requesting that the initial partial filing fee of **$ 2.56** plus **$ 20.00** be paid to the Clerk of the United States District Court for the District of Columbia; **See Attachment "A".**, all in accordance with the Court Order dated February 13, 2006. This  Notice was filed pursuant to **Fed. R.Civ.P.,** and in good-faith to show the Court  the above error, protecting judicial economy.

                              Respectfully Submitted

                              Amin Jones # 88206-079
                              P.O. Box 1000
                              Leavenworth, KS 66048

                              "Pro-Se" "Plaintiff"

CERTIFICATE OF SERVICE


I HEREBY CERTIFY that a true and correct copy of the foregoing

has bee sent on this  _2nd_  day of February, 2006, via the US/Mail

to the following:


United States District Court
For the District of Columbia
Office of the Clerk
333 Constitution Ave.,
Washington, D.C. 20001

(and)

United States Department of Justice
U.S. Attorneys Office
555 Forth Street N.W.,
Washington, D.C. 20001


/S/__AMIN JONES_____

Sensitive - When Completed
Privacy Act



United States Department of Justice
Federal Bureau of Prisons

Request for Withdrawal of Inmate's Personal Funds

DO NOT PHOTOCOPY

BP - 199.045 - Dec 2002

52325

First Name: DC CIRCUIT

Last Name or Company Name: US DISTRICT COURT

and authorize the same to be paid to:

Please charge to my account the sum of

Dollars: 22    Cents: 56

**Must use pen to shade circles like this:** ●
**Not like this** ⊠ **or this:** ⊘

ATTENTION:
1) Both sides of this form must be completed.
2) All fields, except First Name and Address 2, are mandatory.

Note:
Must put in leading zeros
For example, 00100.00 = $100.00

Monthly Repeating Withdrawal

Begin Date (MM/YYYY): /

End Date (MM/YYYY): /

Inmate Reg. No.: 88206079

Amin Jones
Print Inmate Name

Inmate Signature

Court Fees
Purpose

Approving Official

The inmate's personal account indicated above.

Voucher No. _____

Paid by Cash on _____

Official Use Only     ① ① ② ② ③ ③ ④ ④ ⑤ ⑤ ⑥ ⑥

Office Code _____

52325