

Amin Jones
Reg No.: 88206-079
U.S, Penitentiary
P.O. Box 1000
Leavenworth, KS 66048


TO:
UNited States District Court
For The District Of Columbia
Office of the Clerk
333 Constitution Ave., N.W.
Washington, D.C. 20001

Dear Clerk:

    Please find enclosed a copy of Plaintiff's Attachments, please file said Attachments with the Court, advise Plaintiff, wether or not the Court received the initial payment of $22.56¢.

    Finally, please forward Plaintiff a copy of the front page to the initial **Complaint** filed with the Court, enclosed is a return stamped self address envelope for use.

    Thank you for your assistance in this matter; I remain

                                        Sincerely

**CC: file**

                                          AMIN JONES

**ATTACHMENTS**

| | |
|---|---|
| UNITED STATES DISTRICT COURT  )<br>                                )<br>FOR THE DISTRICT OF COLUMBIA   )<br>                                ) | CAse No.:   06-0248 *PLF* |

**ATTACHMENT "A"**.... is attached hereto, and is identified as an FOIA/PA Act request appeal. (FOIA/PA Act request No.: 03-2895).

**ATTACHMENT "B"**.... is attached hereto, and is identified as a Police Report from the Orlando Police Department.

**ATTACHMENT "C"**.... is attached hereto, and is identified as a documented statement of an official (Omission) on transcript **pg. 53**.

**ATTACHMENT "D"**.... is attached hereto, and is identified as a documented interview between officials and the owner of a trailer used by Osburn Blake and Hugh Johnson on September 7th, 1998.

**ATTACHMENT "E"**.... is attached hereto, and is identified as a **True Bill**.

**ATTACHMENT "F"**.... is attached hereto, and is identified as a letter filed by a government official pursuant to the **Sellers Act** after that official review the above listed document showing the **Seller** violation.

**ATTACHMENT "G"** .... is attached hereto, and is identified as a certified mail copy to a complaint filed to the United States Department of Justice.


*****The above listed document is filed in good-faith in order to show the Court, the showing necessary to assess the merits of Plaintiff's complaint, Plaintiff also asks the Court to liberally construe his complaint; See **Haines v. Kerner, 404 U.S. 519.** (the Supreme Court...."held that a complaint should be dismissed unless it appears beyond doubt that Plaintiff can prove no set of facts in support of his claim which would entitled him to relief.")

/S/ Amin Jones

Executive Office for United States Attorneys
Freedom of Information/Privacy Act Staff
600 E Street, N.W., Room 7300
Washington, D.C. 20530
202-616-6757  Fax 202-616-6478

DEC 8 2003

Requester: __Amin Jones__          Request Number: __03-2895__

Subject of Request: __Self / Middle District of Florida__

Dear Requester:

    Your request for records under the Freedom of Information Act/Privacy Act has been processed. This letter constitutes a reply from the Executive Office for United States Attorneys, the official record-keeper for all records located in this office and the various United States Attorneys' Offices.

    To provide you the greatest degree of access authorized by the Freedom of Information Act and the Privacy Act, we have considered your request in light of the provisions of both statutes.

    The records you seek are located in a Privacy Act system of records that, in accordance with regulations promulgated by the Attorney General, is exempt from the access provisions of the Privacy Act. 28 C.F.R. §16.81. We have also processed your request under the Freedom of Information Act and are making all records required to be released, or considered appropriate for release as a matter of discretion, available to you. This letter is a [ ] partial [X] full denial.

    Enclosed please find:

_____ page(s) are being released in full (RIF);
_____ page(s) are being released in part (RIP);
_____ page(s) are withheld in full (WIF). **The withheld documents were reviewed to determine if any information could be segregated for release.**

    In addition, this office is withholding approximately ___13___ page(s) of grand jury material which is retained in the District.

    The exemption(s) cited for withholding records or portions of records are marked below. An enclosure to this letter explains the exemptions in more detail.

Section 552

[ ] (b)(1)        [ ] (b)(4)        [ ] (b)(7)(B)
[ ] (b)(2)        [X] (b)(5)        [X] (b)(7)(C)
[X] (b)(3)        [ ] (b)(6)        [ ] (b)(7)(D)
Rule 6(e)         [X] (b)(7)(A)     [ ] (b)(7)(E)
FRCrP.                              [ ] (b)(7)(F)

Section 552a

[X] (j)(2)
[ ] (k)(2)
[ ] (k)(5)
[ ] _____

(Page 1 of 2)

Form No. 021 - 11/02

[ ]   A review of the material revealed documents which:

    [ ]   _____ Page(s) originated with another government component. These records were referred to the following component(s) listed for review and direct response to you:_____
_____.

    [ X ]   There are public records of approximately __1200__ pages which may be obtained from the clerk of the court or this office, upon specific request. If you wish to obtain a copy of these records, you must submit a new request. These records will be provided to you subject to copying fees.

    [ X ]   See additional information attached.

    [ ]   A $_____ copying, $_____ search, and/or $_____ review fee is being assessed for the processing of your request. Please send a certified check or money order for $_____, payable to the Treasury of the United States, within thirty (30) days. Payment should be mailed to the Freedom of Information Act/Privacy Act Unit, 600 E Street, N.W., Room 7300, Washington, D.C. 20530.

~~This is the final action this office will take concerning your request.~~

You may appeal my decision to withhold records in this matter by writing within sixty (60) days from the date of this letter, to:

        Office of Information and Privacy
        United States Department of Justice
        Flag Building, Suite 570
        Washington, D.C. 20530

Both the envelope and letter of appeal must be clearly marked "Freedom of Information Act/Privacy Act Appeal."

After the appeal has been decided, you may have judicial review by filing a complaint in the United States District Court for the judicial district in which you reside or have your principal place of business; the judicial district in which the requested records are located; or in the District of Columbia.

                Sincerely,

                *Marie A. O'Rourke*

                Marie A. O'Rourke
                Assistant Director

Enclosure(s)

**CITY OF ORLANDO**

ATTACHMENT "B"

August 19, 2003

Mr. Amin Jones
# 88206-089
U.S.P. Beaumont
P.O. Box 26030
Beaumont, Texas 77720-6030

RE: Public Records Request

Dear Mr. Jones:

Enclosed are all the documents requested that are in the possession of the records department of the Orlando Police Department. The social security numbers on the documents have been redacted pursuant to Fla. Stat. 119.072. This request was produced free of charge as a one-time courtesy.

If you believe there are other documents within our possession that are responsive to your request, please contact me immediately at the phone number or address listed below.

Sincerely,

Laura Ballard
Paralegal

Enclosures

:ortion                                           Case No: 97-222840

imary Victim:  JONE,AMIN,D,

te/Time Reported:  6/20/97 13:39 Hrs.     Dispatch Incident Type:
te/Time Occurred:  6/13/97 12:00 Hrs.     TRTS/ASTAC
te/Time Between :  6/20/97 13:39 Hrs.     Unit No:  238
cation Occurred : 2137 W COLONIAL DR
oss Street . . . :
id: GRID#-1169    Sub-Grid: GRID 1169C            District: D-35


:porting Officer : 4185  EVERETT,ROBBIE,E,
:imary Unit Assigned to Investigate: Robbery     Approving Ofcr:
:ene Processed by:                                Event Log NO
ssigned Investigators:         Special Circumstance:

:at|___| Disp|___| Date|__/__| Invt|___| Asmt Type|___| Date|__/__|
ase Status: FW INV REV  Disposition:          Disp. Date:
-----------------------------------------------------------------

istribution
YI: DED & Homicide


---

ase Narrative
n 6/13/97, several Jamaican black males entered the Showtime Tire
tore located at 2137 West Colonial Drive. The men were armed with
irearms, and demanded victim Jone allow them to bring drugs into
lorida via his store. When Jone refused, the men took him into a
ack room, tied him up to a chair, cut his clothes off, and began
hocking him with an electrical cord and a battery charger. Jone
uffered several lacerations and swelling in his arms. Jone did
ot report the incident as the men know where his parents live and
hreatened to kill them if Jone went to the police. Throughout the
ncident, Jone did not agree to help them. The men then demanded
30,000 or they would kill him. Jone raised the money and gave it
:o the men, thinking this would solve the problem.

)n 6/20/97, I, Officer Everett, along with members of the West
Relief Dayshift Squad and Evening Central Squad responded to a
robbery in progress at the Showtime Tire Store, located at 2137
West Colonial Drive. After arriving on scene, I, Officer Everett,
along with Sergeant Farrar met with Jone and a witness named
Cunningham.

Cunningham completed a written statement, stating at approximately
1330 hours, two black male Jamaicans came into the store, began
arguing with Jone, stating if it weren't for witnesses, they would
kill him right there on the spot. The two men walked out of the
store with one male returning a few moments later. The male that
returned placed a gun to Jone's head and said he was lucky that
Cunningham was there and he should kill him right now. The suspect
then pulled the trigger, but the gun did not go off. The men then
fled in two vehicles; a blue Geo Prism and a silver Honda.

:ortion

:ring my investigation, Jone admitted the incident was in
ference to drugs and not to an attempted robbery. Detective Ring
s notified as was members of the DED. The scene was not
ocessed as Jone told both Sergeant Farrar and I that by
operating would result in he and his family being killed. Jone
fused to fill out any paperwork or to have his store
otographed.

m/7728/062097/1555 hours/n

--------------------------------------------------------------

PRINCIPALS

:ictim . . : JONE,AMIN,D,                          Phone:     302-9008
   No.   1   7207 MANDARIN DR
             ORLANDO, FL 32819                   Work Phone:  481-8501

     Race : Black      Sex: Male         D.O.B: 2/21/73  Age: 24
     Hgt  :      "   Wgt:       Hair:        Eyes . . :
     Build:           Complexion:             Ethnicity:
     Dr Lic #:                      St:     Soc Sec #:
     Occupation . . . :             School . . . . . :

   Business: SHOWTIME TIRE STORE                  Phone:    481-8501
             2137 W COLONIAL DR
             ORLANDO                FL 32805

     Residence Type  : Orlando     Residence Status : Full Year
     Extent of Injury: N/A          Medical Treatment:
     Injury Type . . : NA           Injury Type . . :
     Hospital/Clinic :               Transported by . :
     Statement Type  : Verbal       Related Offenses :   1

VOR: UNK,SUSPECT,, - Acquaintan
VOR: UNK,SUSPECT,, - Acquaintan
--------------------------------------------------------------

Suspect . : UNK,SUSPECT,,
   No.   1

     Race : Black      Sex: Male         D.O.B:          Age: 20
     Hgt  :      "   Wgt:       Hair: Unknown    Eyes . . : Unknown
     Build: Hvy/Stocky  Complexion: Unknown       Ethnicity:
     Dr Lic #:                      St:     Soc Sec #:
     Occupation . . . :             School . . . . . :

     Residence Type  : N/A         Residence Status : N/A
     Extent of Injury: N/A          Medical Treatment:
     Injury Type . . : NA           Injury Type . . :
     Hospital/Clinic :               Transported by . :
     Statement Type  : None         Related Offenses :   1

1  that an Amin Jones was involved in this. The information that
2  came to the D.E.A. was that he had furnished the trailer used
3  in this load. That he had been involved in past loads and
4  specifically, a 600-pound load previously involving these same
5  individuals.
6  
7
8
9
10
11
12
13
14
15  entered after long and agonizing discussions with the
16  Defendant.
17      He had therefore worked himself into a situation
18  where he was facing, gone from being a witness to an indicted
19  Defendant, but even at that juncture, was looking at a very
20  favorable outcome in his case. He was left out on bond and
21  his response to the favorable disposition offered to him again
22  was to abscond. And he was gone for, well, about a year and a
23  half. I believe he was picked up in January of this year out
24  in Texas and brought back to this district and now he's facing
25  a very different situation with respect to his sentencing and

U.S. Department of Justice
Drug Enforcement Administration

## REPORT OF INVESTIGATION

Page 1 of 2

| 1. Program Code | 2. Cross File | Related Files | 3. File No. GB-98-0128(TF) | 4. G-DEP Identifier |
|---|---|---|---|---|
| 5. By: Jeff Hoffman At: Orlando District Office | ☐ ☐ ☐ ☐ | | 6. File Title JOHNSON, Hugh C. | |
| 7. ☐ Closed ☐ Requested Action Completed ☐ Action Requested By: | ☐ | | 8. Date Prepared 10/12/98 | |
| 9. Other Officers: | | | | |

10. Report Re: Intelligence Information ref 1979 Great Dane Flatbed Trailer

### DETAILS

1. Reference is made to all previous ROI's bearing this file title.

2. On September 22, 1998, TFA Jeff Hoffman contacted Marion Graham via telephone reference to the 1979 Great Dane trailer seized on September 9, 1998. Marion Graham is the owner of Logistical Transportation, located in Jacksonville FL, who is the registered owner of the trailer. Mr. Graham stated during a previous telephone conversation with Heidi Hunter (Dyncorp/Orlando) that he owned the trailer, and was interested in what the procedure was for having the trailer returned to him. During the telephone conversation on September 22, 1998, Mr. Graham advised that he had leased the trailer to Tom Woods of Magic Transportation located in Jacksonville, and that the trailer had been stolen while being leased to Mr. Woods.

3. On September 22, 1998, Mr. Woods was contacted via telephone by TFA Hoffman. He advised that he was leasing the trailer from Logistical Transportation During the month of September, 1996. Mr. Woods stated that when he was finished with it, he was directed to park the trailer in a lot which his company was also leasing from Mr. Graham. Mr. Graham advised Mr. Woods that he would send a driver over to pick up the trailer the next morning. Mr. Graham alleged that the trailer was not in the lot where Mr. Woods had parked it, thus believing it was stolen, according to Mr. Woods.

| 11. Distribution: Division  District DIG 1  Other SARI | 12. Signature (Agent) JEFF HOFFMAN, TASK FORCE AGENT 14. Approved (Name and Title) MARK GERMAN A/GROUP SUPERVISOR | 13. Date 10-16-98 15. Date 10/16/98 |
|---|---|---|

DEA Form -6
(Jul. 1996)
jh #52 101298

DEA SENSITIVE
Drug Enforcement Administration

EXHIBIT "F"

U.S. Department of Justice
Drug Enforcement Administration

# REPORT OF INVESTIGATION
*(Continuation)*

1. File No.: GB-98-0128 (TF)
2. G-DEP Identifier:
2. File Title: JOHNSON, Hugh C.
4. Page 2 of 2
5. Program Code:
6. Date Prepared: 10/12/98

4. Mr. Woods, then stated that Mr. Graham filed an insurance claim with B-Wright Trucking (1-800-772-9280) for the stolen trailer. However, it does not appear through NCIC checks, that Mr. Graham ever reported the trailer stolen to the police. Mr. Woods believed that MR. Graham's insurance claim was denied, however, as of this date, TFA Hoffman has been unable to obtain any information on the insurance claim through B-Wright Trucking.

INDEXING:

1. GRAHAM, Marion
   B/M
   Owner of Logistical Transportation
   LKA: 1725 Oakhurst Avenue
        Jacksonville, Florida 32208
   P/N: 904/764-3219

2. WOODS, Tom 
   Employed at Magic Transportation
   Jacksonville, Florida

DEA Form -6a
(Jul. 1996)

DEA SENSITIVE
Drug Enforcement Administration

1 - Prosecutor

99.2.24

No. _____

# UNITED STATES DISTRICT COURT
Middle District of Florida
Orlando Division

THE UNITED STATES OF AMERICA

vs.

JESUS MIJES
FITZGERALD KING
a/k/a David Brown
a/k/a "Younger"
AMIN JONES
a/k/a "Trinnie"

## INDICTMENT
21 U.S.C. § 846

Violation: _____

A true bill,

_____ Foreman

Filed in open court this

_____ day

of _____, A.D. 2000.

_____ Clerk

Bail $ _____

FORM OBD-34
SEP 1978

EX. E

| NONE | ATTACHMENT "E" |
|---|---|
| U. S. Attorneys: | |
| Ian B. Hinshelwood<br>407/648-7632<br>[COR LD NTC]<br>U.S. Attorney's Office<br>Middle District of Florida<br>201 U.S. Courthouse<br>80 N. Hughey Ave.<br>Orlando, FL 32801<br>407/648-7500 | |

## Docket Proceedings

Click on Image icon to view the document.

| Date | Doc # | Image | Docket Entry |
|---|---|---|---|
| 01/25/00 | 1 | 📄 | INDICTMENT as to Jesus Mijes as to count 1, Fitzgerald King as to count 1, Amin Jones as to count 1. (nbl) [Entry date 01/25/00] |
| 01/25/00 | -- | | MAGISTRATE JUDGE CASE ASSIGNMENT Magistrate assigned: James G. Glazebrook (nbl) [Entry date 01/25/00] |
| 01/25/00 | 2 | 📄 | NOTICE of Estimated Length of Trial (3) days by USA as to Jesus Mijes, Fitzgerald King, Amin Jones (nbl) [Entry date 01/25/00] |
| 01/25/00 | 3 | 📄 | CERTIFICATE OF COMPLIANCE by USA as to Jesus Mijes, Fitzgerald King, Amin Jones Local Rule 1.04(c). Related case: 98-218-Cr-Orl-22C. (nbl) [Entry date 01/25/00] |
| 01/25/00 | 6 | 📄 | ARREST WARRANT issued as to Amin Jones (nbl) [Entry date 01/25/00] |
| 01/25/00 | 7 | 📄 | NOTICE regarding recusal by USA as to Jesus Mijes, Fitzgerald King, Amin Jones. No interested parties. (nbl) [Entry date 01/25/00] |
| 03/27/00 | -- | | ARREST of Amin Jones in Southern District of Texas, Houston Division (jrm) [Entry date 04/17/00] |
| 04/17/00 | 21 | 📄 | RULE 40 documents as to Amin Jones received from Southern District of Texas, Houston Division, including identity, detention hearing minutes, Waiver of Rule 40 Hearings, initial appearance, counsel determination minutes, financial affidavit, Order of Temporary Detention, CJA 20 and Agent Arrest Sheet (jrm) [Entry date 04/17/00] |
| | | | |

ATTACHMENT "F"



**United States Penitentiary**

*Federal Bureau of Prisons*

*USP Beaumont*

P.O. Box 26035
Beaumont, TX 77720-6035

November 14, 2003

Ms. Elaine Terenzi, CUSPO
ATTN: Duty Officer
United States District Court
900 Timberlake Annex Building
501 East Polk Street
Tampa, Florida 33602-3945
FAX (813) 228-2752

RE: JONES, Amin
    Register Number: 88206-079
    Docket Number: 6:00-CR-9-ORL-19JGG
    Middle District of Florida

<u>Sellers Request</u>

Dear Duty Officer:

The above inmate claims an error that effects his programming and adjustment has been made. The listed inmate requests a review of his entire Presentence Report. He maintains that the entire report is erroneous. Earlier objections were made by his attorney Charles M. Greene on April 11, 2002. An Addendum to his Presentence Report was issued on April 22, 2002.

Inmate Jones' current contention is that he is the victim in this crime and again, his entire Presentence Report is erroneous.

We respectfully submit to you his claim and thank you for your response to this inquiry.

Respectfully,

R. A. McIntosh
Unit Manager

UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE INSPECTOR JENERAL

ATTACHMENT "G"

COVER LETTER

AMIN JONES v. UNITED STATES DEPARTMENT OF JUSTICE

ATTN: GEORGE L. DORSETT.
SPECIAL AGENT IN CHARGE
SPECIAL OPERATIONS
INVESTIGATIVE DIVISIONS

DEAR MR. DORSETT:

PLEASE FIND ENCLOSED (1) COMPLAINANT, (5) REQUEST FOR PRODUCTION OF DOCUMENTS, AND (1) POLICE REPORT.

IF YOU NEED ANY FURTHER ASSISTANCE IN THIS MATTER, PLEASE FELL FREE TO CONTACT ME AT THE BELOW ADDRESS.

RESPECTFULLY SUBMITTED

AMIN D. JONES
REG NO.: 88206-079
FCC (USP) BEAUMONT
P.O. BOX 26030
BEAUMONT, TEXAS 77720-6030

CC: FILE

CERTIFIED # 7001 1010 0004 4025 8610

U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $2.21 | Amin Jones |
| Certified Fee | $2.30 | #88206-079 |
| Return Reciept Fee (Endorsement Required) | $1.75¢ | USP Beaumont P.O. Box 26030 Beaumont, Tx 77720 |
| Restricted Delivery Fee (Endorsement Required) | | Unit A/B |
| Total Postage & Fees | $6.26 | |
| Sent To | ATTN: INVESTIGATION (OIG) | |
| Street, Apt No.; or PO Box No. | 950 Pennsylvania Ave, N.W. | |
| City, State, ZIP+4 | | |

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Attachments was sent postage prepaid via US/Mail first class to:

United States District Court
For The District of Columbia
333 Constitution Ave., N.W.
Washington, D.C. 20001

and

United States Department of Justice
U.S. Attorneys Office
555 Forth Street, N.W.
Washington, D.C. 20001

/S/ AMIN JONES
Pro-Se Plaintiff