IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMIN JONES, | ) |
|        Plaintiff, | ) |
| v. | ) Case No. 06-0248 (PLF) |
| DEPARTMENT OF JUSTICE, et al., | ) |
|        Defendants. | ) |

**DECLARATION OF CYNTHIA ASHMAN**

I, Cynthia Ashman, hereby declare and state the following:

1. I am employed as a Case Management Coordinator for the United States Department of Justice, Federal Bureau of Prisons (BOP), at the United States Penitentiary located in Leavenworth, Kansas (USP Leavenworth). I have been employed in this capacity since 1992, and combined duties with the Inmate Systems Management (ISM) department, which includes mail room operations, in October 2005. I have been employed by the agency since 1984. As part of my official duties in overseeing the ISM department, I provide oversight to the mail room, records office, and receiving and discharge divisions at USP Leavenworth. With my position, I have access to various documents related to inmates, BOP policies and regulations, and various files at USP Leavenworth.

2. I am familiar with the plaintiff, Amin Jones, federal register number 88206-079, as he is an inmate incarcerated at USP Leavenworth.

3. I am aware the plaintiff appears to contend that the special/legal mail system has been altered at USP Leavenworth, infringing upon his access to the courts. In response to his allegations, I provide the following.

4. Special/Legal mail has traditionally received less scrutiny and screening by the BOP than general correspondence, in order to protect the sensitive nature of the special/legal mail. However, in response to significant and specific security concerns related to the general public and recipients of legal/special mail, including the courts, new procedures were implemented nation-wide within the BOP, including x-raying legal/special mail, removal of special/legal mail depositories, requiring inmates to provide their special/legal mail directly to a staff member, requiring the inmates to show appropriate identification, etc. Such significant security concerns stemmed from significant and specific intelligence pertaining to the inmate populations' potential misuse of the special/legal mail process, and sending potentially lethal items, such a mail bombs, through the special/legal mail.

5. In response to this nation-wide initiative, USP Leavenworth initially provided access for the inmate population to bring their special/legal materials to the mail room staff on open house days, Tuesdays and Thursdays. However, as of March 13, 2006, USP Leavenworth has expanded this process, to permit inmates to mail their special/legal mail items Mondays through Fridays. The open house times for these days are from 11:00 a.m. to 12:00 noon, where inmate can bring their legal/special mail to the mail room to be mailed out. Inmates are also permitted to bring their legal/special mail with them to their work sites in order to help accommodate the inmate population with these open house time frames. As well, inmates who cannot physically come to the mail room, i.e. housed in the

Special Housing Unit, are permitted to provide their legal/special mail to their unit team members for delivery to the mail room. The inmate population was notified of the expanded days for USL Leavenworth's special/legal mail procedures on March 10, 2006. Attached and incorporated by reference to this declaration as Exhibit 1 is a true and accurate copy, kept in the ordinary course of business of the March 10, 2006, notification memorandum.

6. The special mail collection process is not significantly different from the mail depository process. While inmates had greater access in terms of times when they could drop mail into the depository, the actual special/legal mail was only collected by mail room staff from this depository once a day, Mondays through Fridays. Special/legal mail, is only sent out to the local post office Monday through Fridays. As such, the plaintiff's ability and access to mail out special/legal mail has not been altered significantly.

I declare, under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

Executed this 29th day of March, 2006.

*Cynthia A. Ashman*
Cynthia Ashman
Case Management Coordinator
United States Penitentiary
Leavenworth, Kansas