

**U.S. Department of Justice**

**Federal Bureau of Prisons**

*United States Penitentiary*

*Leavenworth, KS 66048*

*Office of the Warden*

March 10, 2006

MEMORANDUM FOR INMATE POPULATION

FROM:    C. A. Ashman
           CMC/ISM

SUBJECT:    **Legal/Special Mail Procedures**

Effective March 13, 2006, the Mail Room open house hours are Monday thru Friday 11:00 a.m. to 12:00 p.m., in R & D.