**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

---

|  |  |  |
|---|---|---|
| | ) | |
| **AMIN JONES,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 06-0248 (PLF)** |
| | ) | |
| **UNITED STATES DEPARTMENT** | ) | |
| **OF JUSTICE, et. al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

---

**ORDER**

This matter comes before the Court on plaintiff's Emergency Motion for Injunction and

Restraining Order.  Upon consideration of the motion, and for good cause shown, it is this ___

day of _____, 2006 hereby,

ORDERED that the motion is DENIED.


SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE


Copies:

Plaintiff:
Amin Jones, pro se
R88206-079
Leavenworth United States Penitentiary
P.O. Box 1000
Leavenworth, KS 66048

Defendants:    via ECF