UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **AMIN JONES,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action No. 06-0248 (PLF) |
| ) | |
| **UNITED STATES DEPARTMENT** ) | |
| **OF JUSTICE , et. al.,** ) | |
| ) | |
| **Defendants.** ) | |

### DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME TO ANSWER, MOVE OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

Defendants United States Department of Justice, <u>et al</u>, hereby move for an enlargement of time to answer, move, or otherwise respond to the Complaint, through and including May 12, 2006. Good cause exists to grant this motion:

1. Plaintiff's Complaint was served on the United States Attorney's Office on February 14, 2006. Defendants' response to the Complaint is therefore due April 17, 2006.

2. The Complaint challenged the conduct of a number of subcomponents of the Department of Justice, including the United States Attorney's Office in the district in which Mr. Jones was convicted (Middle District of Florida), the United States Probation Office and the Federal Bureau of Prisons. Defendants' counsel needs additional time to consult with these various offices so that a consolidated response to the Complaint can be prepared.

3. For these reasons defendants seek an enlargement of time through and including May 12 2006 within which to respond to plaintiff's complaint.

4. This is the first enlargement of time sought to respond to plaintiff's complaint.

5. Granting this motion will not require the alteration of pre-trial or trial dates or any in court proceedings.

6. Plaintiff is currently incarcerated; consequently, defendants have not sought to reach him to ascertain his position on the relief requested.[1]

For these reasons, defendants request that the Court grant their Motion for Enlargement of Time Within Which to Answer, and extend the date for responding to the complaint until May 12, 2006.

                                      Respectfully submitted,

                                      _____/s/_____
                                      KENNETH L. WAINSTEIN, D.C. Bar # 451058
                                      United States Attorney

                                      _____/s/_____
                                      RUDOLPH CONTRERAS, D.C. BAR #434122
                                      Assistant United States Attorney

                                      _____/s/_____
                                      PETER D. BLUMBERG, Bar # 463247
                                      Assistant United States Attorney
                                      United States Attorneys Office
                                      Judiciary Center Building
                                      555 4th Street, N.W., 10th Floor
                                      Washington, D.C. 20530
                                      (202) 514-7157

                                      Attorneys for Defendants

Dated: April 12, 2006

---

[1] Local Civil Rule 7.1(m) requires "counsel" to discuss nondispositive motions with "opposing *counsel*." It does not require counsel to discuss those motions with pro se parties. Nonetheless, it has been the general practice of this office to attempt to discuss such motions with nonprisoner pro se parties. This practice is informed by, and consistent with, Local Civil Rule 16.3(a). Local Civil Rule 16.3(a) excludes prisoner pro se parties from the Court's meet-and-confer requirements. Specifically, that Rule requires "[c]ounsel (including any *nonprisoner* pro se party)" to meet and confer prior to a scheduling conference. LCvR 16.3(a) (emphasis added).

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that, on April 12, 2006, I served a copy of the foregoing **Motion for Enlargement of Time Within Which to Answer** by first class mail, postage pre-paid, on the following:

Amin Jones, pro se
R88206-079
Leavenworth United States Penitentiary
Federal Correction Center
P.O. Box 1000
Leavenworth, KS 66048


                                                _____/s/_____
                                                Peter D. Blumberg
                                                Assistant United States Attorney