UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **AMIN JONES,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 06-0248 (PLF) |
| | ) |
| **UNITED STATES DEPARTMENT** | ) |
| **OF JUSTICE, et. al.,** | ) |
| | ) |
| Defendants. | ) |

**ORDER**

This matter comes before the Court on defendants' Motion for Extension of Time to Answer, Move or Otherwise Respond. Upon consideration of the motion, and for good cause shown, it is this ___ day of _____, 2006 hereby,

ORDERED that the motion is GRANTED, and it is further

ORDERED that defendants shall respond to the Complaint on or before May 12, 2006.

SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Copies:

Plaintiff:
Amin Jones, pro se
R88206-079
Leavenworth United States Penitentiary
P.O. Box 1000
Leavenworth, KS 66048

Defendants:   via ECF