Amin Jones
Reg No.: 88206-079
U.S. Penitentiary
P.O. Box 1000
Leavenworth, KS 66048

RECEIVED

APR 2 0 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMIN JONES, ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action No. 06-0248 (PLF) |
| ) | |
| UNITED STATES DEPARTMENT ) | |
| OF JUSTICE, et. al. ) | |
| Defendant(s) ) | |

**PLAINTIFF'S RESPONSE MOTION
TO DEFENDANT'S OPPOSITION MOTION**

COMES NOW, Amin Jones "Plaintiff" acting **pro-se** in the above entitled civil action, and hereby respectfully submits his motion in response to Defendant, Bureau of Prisons, ("BOP") Opposition motion.

I.

**BACKGROUND**

This case commenced with the filing of a four (4) count complaint in the United States District Court, for the District of Columbia, on December 7th, 2005.

The complaint arose from violation of the Constitution and States of the United States by federal employees acting in concert while exploiting their respective office within the government as a vehicle to violate their Statutory and Constitutional duties owed to Plaintiff.

On or about March 7th, 2006, Plaintiff filed his ("Emergency Motion") with this Court in good-faith. Plaintiff motion arose from the BOP removal of the legal/special mail depository and its new directive limiting the time and number of days Plaintiff can send out his legal/special mail from some forty (40) hours per week, to its new directive time limitation of two hours per week.

Prior to Plaintiff filing his motion, he did request the warden at United States Penitentiary, Leavenworth, Kansas, to return the legal/special mail depository and/or extend the time and number of days Plaintiff can send out his legal/special mail, and the warden denied Plaintiff's request.

It is important to **(note)** note that on or about March 7th, 2006, Plaintiff served the warden a copy of his ("Emergency Motion"), the warden advised Plaintiff that he will discost the matter with Mrs. Ashman, and regional counsel. Approximately three (3) days later the warden issued a MEMO advising Plaintiff of his reversed directive. id.

The BOP did however, (either by neglect or design) failed to states the above facts in its opposition motion, facts showing that, but for Plaintiff filing his ("Emergency Motion") the BOP would not have reversed its new directive, said directive that when viewed under the law, stud in violation of Plaintiff's First and Fifth Amendment rights protected under the United States Constitution.

(2)

## CONCLUSION

The BOP failed to set-forth its reason for removing the legal/special mail depository in its February 8th, 2006, MEMO. id. The BOP opposition motion also failed to set-forth any evidence showing a **writen** change in policy authorizing the warden at United States Penitentiary, Leavenworth Kansas, to remove the legal/special mail depository. The BOP did not reverse its directive in good-faith, the **[only]** reason the BOP reversed its directive was due to the Plaintiff filing his ("Emergency Motion").

The Plaintiff submits his response motion to show that he is an incarcerated person, incarcerated with some seventeen hundred other inmates, that any reasonable person would have known that the BOP action to remove the legal/special mail depository, and to limit Plaintiff right to access to the Court to one (1) hour per day, two (2) day per week, **would** have caused an impediment on his rights protected under the First and Fifth Amendment to the United States Constitution.

The historical foundation for recognizing our Constitution, is to guard against a spirit of oppression and tyany on the part of rulers.

**WHEREFORE:** Amin Jones, "Plaintiff" respectfully ask the Court to issue its **ORDER** accordingly, **DENYING** BOP's written Order, and issuing an independent **ORDER** based on the above stated facts, stating that the BOP did reverse its directive based on Plaintiff filing his ("Emergency Motion") which now moots the issue.

Respectfully Submitted

Amin Jones # 88206-079
P.O. Box 1000
Leavenworth, KS 66048

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, a true and correct copy of the foregoing Response Motion was sent via first class mail, postage pre-paid, to:

United States District Court
for the District of Columbia
Office of the Clerk
333 Constitution Ave., N.W.,
Washington, D.C. 20001

and to:

U.S. Department of Justice
United States Attorney
District of Columbia
Judicial Center
555 Fourth Street, N.W.
Washington, D.C. 20530.

/S/ __AMIN JONES__