UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AMIN JONES
_____
Plaintiff(s)

vs

Civil Action No. 06-248 PLF

DOJ, ET AL
_____
Defendant(s)

**FILED**

APR 28 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

<u>ORDER</u>

The plaintiff(s) was granted leave to proceed <u>in forma pauperis</u> to file this action. The Court authorized the United States Marshal to complete service of process, pursuant to 28 U.S.C.1915(d).

Some defendants have been served. The defendant(s) who has not, and whose address is incorrect, is listed below.

U.S. ATTORNEYS OFFICE - MIDDLE
DISTRICT OF FLORIDA

As a result of an incorrect or incomplete address, the U.S. Marshal has been unable to properly effect service on the defendant(s).

ORDERED that plaintiff provide the full name and address of the party identified as defendant(s) on the attached form and file it with the Court by _May 30, 2006_ Pursuant to Local Rule 5. 1 (e), failure to comply with this Order may cause the dismissal of the case against the defendant(s).

_____
UNITED STATES DISTRICT JUDGE

Rev. 1/01

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ALVIN JONES

vs.                                    C.A. No. 06-248 PLF

DOJ, ET AL

PLAINTIFF(S) IS REQUIRED TO COMPLETE IN FULL THE NAME AND ADDRESS OF EACH DEFENDANT NAMED IN THIS ORDER

Defendant's name: _____

Defendant's address: _____
_____
_____

Defendant's name: _____

Defendant's address: _____
_____
_____

Defendant's name: _____

Defendant's address: _____
_____
_____

Defendant's name: _____

Defendant's address: _____
_____
_____

Defendant's name: _____

Defendant's address: _____
_____

Defendant's name: _____