Amin Jones
Reg No.: 88206-079
U.S. Penitentiary
P.O. Box 1000
Leavenworth, KS 66048
PLF/PRO-SE/MOT/TRAN/REC.

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA
* * * * *

AMIN JONES,                        )
                                   )
         Plaintiff,                )
                                   )
    vs.                            )    Civil Action No. 06-0248 PLF
                                   )
UNITED STATES DEPARTMENT           )
OF JUSTICE, et. al.                )
                                   )
         Defendant(s).             )
_____)

### PLAINTIFF'S MOTION TO TRANSFER RECORDS

TO: THE HONORABLE JUDGE FRIEDMAN:

COMES NOW, Amin Jones, "Plaintiff" proceeding **pro-se**, and **in forma pauperis** in the above civil action, and hereby respectfully moves this Honorable Court to enter its Order, **directing** Sheryl L. Loesch, District Court Clerk, for the Middle Distirct of Florida, George Young U.S. Courthouse, 80 Nourth, Hughey Avenue., Room 300, Orlando, Florida 32801-2278, to transfer the records identified in this motion pursuant to the Freedom of Information Act, 5 **U.S.C. §** 552 et seq., the Court Reporter Act, 28 **U.S.C. § 753 et seq.,** the **Fed. R. Civ. P.,** and/or any other Rules, Regulation, or Policy that may apply. In connection Plaintiff states the following:

(1)

1) Plaintiff commenced this litigation while incarcerated at the Federal Correction Institution, U.S.P. Leavenworth Kansas.

2) Plaintiff has proceeded in this case pro-se and in forma pauperis.

3) Plaintiff is financially unable to prepay the costs to transfer the subject records necessary to fully the record before the Court, and to prove his case in chief.

4) The subject records are public records, preserved and main-tained under the Court Reporter Act **Title 28 U.S.C. § 753 et seq.,** and criminal case numbers; # 6:00-Cr-9-Orl-19JGG, and # 6:98-Cr-218-ALL.

5) The Court Reporter Act was inacted by Congress and states in part that "all proceeding in criminal cases had in open Court must be recorded" and "promptly filed with the clerk who shall preserve them in the public record for not less than ten years."

6) The records subject to transfer is hereby identified as follows; (1) maintained under criminal number 6:00-Cr-9-Orl-19JGG, Plaintiff request the recorded open court proceedings to **( docket number 1);** and the open court taped recorded proceeding to **( docket number 51. Tape # 00-82:1197-2925);** and (2) maintained under criminal case number 6:98-Cr-218-ALL, Plaintiff request the open court recorded proceeding to **(docket number 16, Tape 98-69(s) 649-2245. Docket number 21, Tape 98-70(s) 4768-5386. Docket number 29, Tape 98-56 (5302-5694) and Docket number 60, Tape 98-116 (882-2321).**

**WHEREFORE:** for the reason stated above Plaintiff Amin Jones, respectfully pray for an **ORDER**, ordering Sheryly L. Loesch, U.S. District Court Clerk, for the Middle District of Florida, George Young U.S. Courthouse, 80 North, Hughey Avenue., Room 300, Orlando, Florida 32801-2278, to transfer the above identified public records to the U.S. District Court, for the District of Columbia, 333 Constitution Avenue, N.W., Washington, D.C. 20001.


Executed this 21st day of March, 2006.

Respectfully Submitted

Amin Jones # 88206-079
U.S.Penitentiary
P.O. Box 1000
Leavenworth, KS 66048


## CERTIFIED OF SERVICE


I HEREBY CERTIFY that a copy of the foregoing Plaintiff's Motion to Transfer Records was sent via first class US/Mail  postage prepaid to:

United States District Court
For the District of Columbia
Office of the Clerk          **(AND)**
333 Constitution Avenue, N.W.
Washington, D.C. 20001

U.S. Department of Justice
United States Attorney
District of Columbia
Judiciary Center
555 4th Strret, N.W.
Washington, D.C. 20001


/S/___AMIN JONES_____
Plaintiff, Pro-Se

**-3-**

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

AMIN JONES,                          )
      Plaintiff,                )
                        )
   vs.                               )
                        )    Civil Action No.: 06-0248 (PLF)
UNITED STATES DEPARTMENT             )
OF JUSTICE, et. al.                  )
      Defendant(s)              )
_____     )

## ORDER

This matter comes before the Court on Plaintiff's Motion to Transfer Records. Upon consideration of the motion, and for good cause shown, it is this _____ day of _____, 2006 hereby,

**ORDERED** that the motion is **GRANTED**, and it is further

**ORDERED** that Sheryl L. Loesch, United States District Court Clerk, for the Middle District of Florida, produce before the United States District Court, for the District of Columbia, 333 Constitution Avenue, N.W. Washington, D.C. 20001, the records identified in Plaintiff motion within twenty (20) working days.

**SO ORDERED.**

Copies:                              _____
                                     **UNITED STATES DISTRICT JUDGE**

Defendant(s)
U.S. Department of Justice
United States Attorney
District of Columbia
Judiciary Center
555 4th Street, N.W.
Washington, D.C. 20001