UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

* * * * *

| | |
|---|---|
| AMIN JONES,<br>    Plaintiff,<br><br>vs.<br><br>UNITED STATES DEPARTMENT<br>OF JUSTICE, et. al.<br>    Defendant(s) | Civil Action No.: 06-0248 PLF |

## PLAINTIFF'S AFFIDAVIT IN SUPPORT OF HIS MOTION TO TRANSFER RECORDS

I Amin Jones, being duly sworn according to the law declares the following:

1) I am the Plaintiff, proceeding pro-se in the above styled case number.

2) I prepared, filed and is familiar with the Complaint in the entitled Affidavit.

3) This affidavit is submitted in support of Plaintiff's Motion to Transfer Records.

4) The scheme and conspiracy described in Plaintiff's four (4) count complaint encompasses far more that the number of personal injuries claimed, which was made known to the Defendant(s). In a civil action of this nature, the Plaintiff's needs the assistance of the Court to fully develop the record in order to adequately prepare for trial and to prove his case in chief.

5) Plaintiff is to obtain the records through normal procedure because he is an incarcerated person acting pro-se. Plaintiff also has been unable to confer with opposing counsel in accordance with LR 26.3 the same cause aforementioned, and thus, need the Court assistance.

6) Based upon the foregoing the subject record is necessary to provide the Plaintiff with the information needed to advance and to establish a record sufficient that permit the Court to resolve the issues in dispute.

7) This declaration is made in good-faith and in order to show the Court, the showing necessary need for the transfer of the records.

I, Amin Jones, pursuant to the provision of **28 U.S.C. § 1746** declares, under the penalty of perjury, that the foregoing is true and correct to the best of his knowledge and belief.

**Executed on this 21st day of March 2006.**

/S/ _____
Amin Jones
Pro-Se Declarant

-2-