UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| AMIN JONES, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 06-0248 (PLF) |
| UNITED STATES DEPARTMENT OF JUSTICE, et al., | ) ) ) ) | |
| Defendants. | ) ) | |

ORDER

Plaintiff seeks an order directing the Clerk of the United States District Court for the Middle District of Florida to transfer records to this Court "pursuant to the Freedom of Information Act . . . and/or any other Rules, Regulation, or Policy that may apply." Courts are not subject to the Freedom of Information Act's disclosure requirements. *See* 5 U.S.C. § 552(f) (incorporating agency definition at 5 U.S.C. § 551(1)(B) that specifically excludes "the courts of the United States"). Moreover, this Court lacks jurisdiction to compel the clerk of another court to act. Accordingly, it is

ORDERED that Plaintiff's Motion to Transfer Records [Doc. # 18] is DENIED.

SO ORDERED.

/s/_____
PAUL L. FRIEDMAN
DATE:  May 5, 2006                                                  United States District Judge