UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMIN JONES, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 06-0248 (PLF) |
| UNITED STATES DEPARTMENT OF JUSTICE, et. al., | ) ) ) |
| Defendants. | ) ) |

**ORDER**

This matter comes before the Court on defendants' Motion for Extension of Time to Answer and for Establishment of Briefing Schedule. Upon consideration of the motion, and for good cause shown, it is this ___ day of _____, 2006 hereby,

ORDERED that the motion is GRANTED, and it is further

ORDERED the following schedule shall govern further proceedings in this matter:

| | |
|---|---|
| Answer to Complaint: | June 9, 2006 |
| Defendants' Motion for Summary Judgment: | August 31, 2006 |
| Plaintiff's Opposition: | September 28, 2006 |
| Defendants' Reply: | October 19, 2006 |

SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Copies:
Plaintiff:
Amin Jones, pro se
R88206-079
Leavenworth United States Penitentiary
P.O. Box 1000
Leavenworth, KS 66048

Defendants:   via ECF