UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ALVIN JONES

vs.

DOJ, ET AL

C.A. No. 06-248 PLF

**PLAINTIFF(S) IS REQUIRED TO COMPLETE IN FULL THE NAME AND ADDRESS OF EACH DEFENDANT NAMED IN THIS ORDER**

Defendant's name: U.S. Attorney Office, Middle District of Florida,

Defendant's address: 501 West Church Street, Suite 300, Orlando, Florida 32805.

Defendant's name: _____

Defendant's address: _____

Defendant's name: _____

Defendant's address: _____

Defendant's name: _____

Defendant's address: _____

Defendant's name: _____

Defendant's address: _____

Defendant's name: _____

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing name and address of the identified Defendant(s) was sent First Class US/Mail postage prepaid to:

United States District Court
For the District of Columbia
Office of the Clerk
333 Constitution Ave, N.W.
Washington, D.C. 20001.

and

U.S. Department of Justice
Office of the U.S. Attorneys
555 4th Street, N.W.
Washington, D.C. 20530.

/S/ Amin Jones
Reg No.: 88206-079
U.S. Penitentiary
P.O. Box 1000
Leavenworth, KS 66048