Amin Jones
# 01569939-2A1
1200 Baker Street
Houston, TX 77002-1206

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Amin Jones,

          Plaintiff,

     vs.

United States Department
of Justice., et. al.,

          Defendant.,

CIVIL NO. 06-0248 (PLF)

RECEIVED
MAY 16 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## NOTICE OF CHANGE OF ADDRESS

COMES NOW, Amin Jones, "Plaintiff" Proceeding Pro-se in the above civil number/action, and hereby give notice of change of address to the court as state above.

## REQUEST FOR A COURT ORDER

Plaintiff respectfully request this honorable Court issue a court order, directing Tommy

B. THOMAS, SHERIFF, OF THE HARRIS COUNTY SHERIFF DEPARTMENT, 1200 BAKER STREET, HOUSTON, TEXAS 77002-1206, TO MAKE WAY GRANTING "AMIN JONES #01569939" ACCESS TO A LAW LIBRARY AT LESS FIVE DAYS PER WEEK, MONDAY THROUGH FRIDAY, BECAUSE PLAINTIFF IS PROCEEDING PRO-SE AND NEEDS THAT ACCESS TO A LAW LIBRARY TO RESEARCH RULES AND PROCEDURES.

## NOTICE OF INTENT TO AMEND.

PLAINTIFF HEREBY GIVE THIS HONORABLE COURT NOTICE OF HIS INTENT TO AMEND THE COMPLAINT PURSUANT TO **FED. R. CIV. P. 15** ET SEQ., WITHIN 20 WORKING DAYS FROM THE DATE THE COURT ISSUE THE ABOVE REQUESTED ORDER. AND:

IN CONCLUSION, AMIN JONES "PLAINTIFF" PRAYS THIS HONORABLE COURT GRANT THE REQUESTED RELIEF, AND ANY OTHER RELIEF DEEMED JUST AND PROPER.

RESPECTFULLY SUBMITTED.

∝ _Amin Jones_.
PRO-SE

AMIN JONES # 01569939-2A1
1200 BAKER STREET
HOUSTON, TX 77002-1206

CERTIFICATE OF SERVICE.

I HEREIN CERTIFY, THA A COPY OF THE
FOREGOING MOTION WAS SENT VIA US/MAIL POSTAGE
PREPAID TO:

UNITE STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMIBA
OFFICE OF THE CLERK
333 CONSTITUTION AVE, N.W.
WASHINGTON, D.C. 20001

AND.

U.S. DEPARTMENT OF JUSTICE
U.S. ATTORNEYS OFFICE
333 CONSTITUTION AVE, N.W.
WASHINGTON, D.C. 20001

/S/ AMIN JONES
"PRO-SE"