## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **AMIN JONES,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 06-0248 (PLF)** |
| | ) | |
| **UNITED STATES DEPARTMENT** | ) | |
| **OF JUSTICE , et. al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

### DEFENDANTS' ANSWER TO PLAINTIFF'S
### PRELIMINARY COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF

Defendants United States Department of Justice, United States Attorney's Office for the

Middle District of Florida,[1] United States Probation Office and the Federal Bureau of Prisons

hereby files their answer to Plaintiff's Complaint.

### First Defense

Plaintiff has failed to exhaust administrative remedies on his Privacy Act claims.

### Second Defense

The Complaint does not state a claim upon which relief can be granted against defendant

United States Probation Office, as the United States Probation Office is an arm of the Federal

Courts and is not subject to the Freedom of Information Act or the Privacy Act.  Plaintiff's other

allegations are not directed at the United States Probation Office.

---

[1]Since plaintiff's claims against the United States Attorney's Office for the Middle
District of Florida appear to concern a Freedom of Information Act request, the appropriate
Department of Justice Subcomponent is the Executive Office of United States Attorneys.  See 28
C.F.R. 16.81(i).

**Third Defense**

As plaintiff has been released from federal custody subsequent to the filing of the

Complaint, some of the relief requested through the Complaint may now be moot.

**Fourth Defense**

In response to the numbered and unnumbered paragraphs of the Complaint, defendants

admit, deny, or otherwise answer as follows:

## JURISDICTION

1. This paragraph is a statement of law, not an averment of fact, to which no response is

required. Insofar as a request is deemed required, admit that insofar as plaintiff's complaint is

construed to include a claim under the Privacy Act and a claim under the Freedom of Information

Act, those claims would be within the subject matter jurisdiction of this Court; otherwise, this

paragraph is denied.

2. This paragraph is a statement of law, not an averment of fact, to which no response is

required. Insofar as a request is deemed required, admit that insofar as plaintiff's complaint is

construed to include a claim under the Privacy Act and a claim under the Freedom of Information

Act, those claims would be within the subject matter jurisdiction of this Court; otherwise, this

paragraph is denied. Specifically deny that the United States Probation Office is part of the

Department of Justice.

3. This paragraph is plaintiff's statement as to why he has brought suit in the United

States District Court for the District of Columbia. Defendants deny the allegations in this

paragraph.

4. This paragraph is plaintiff's request to have his complaint liberally construed, to which

no response is required, except to aver that a liberal construction of plaintiff's pleading suggests that he is bringing claims under the Freedom of Information Act and the Privacy Act.

## PARTIES

1 (Plaintiff's renumbering).  Admit plaintiff's identity; deny that the listed address is the current address, and further state that plaintiff Jones was released from custody on May 9, 2006.

2.  With respect to the first sentence, admit that the Department of Justice (DOJ) is an executive branch agency and admit that the Office of Professional Responsibility, the Civil Division, the Criminal Division and the Office of Inspector General are among the components of DOJ.   Deny the second sentence, insofar as it may be read to suggest that investigating misconduct is the duty of all of these divisions and/or their exclusive duties.  Admit the third sentence, except the zip code.

3.  Admit that the United States Attorney's Office for the Middle District of Florida is a subcomponent of the Department of Justice, otherwise deny.

4.  Deny, with the exception of the address for the United States Probation Office for the Middle District of Florida.

5.  Admit, except to deny plaintiff's statement that the Federal Bureau of Prisons is an "Executive Branch" of the Department of Justice.

6.  Defendants do not have sufficient information to admit or deny the statements in this paragraph, and therefore deny, except to state that the Court does not have jurisdiction over John Doe defendants.

## COUNT ONE (1)

1. (Plaintiff's renumbering).  Admit

2.  Defendants admit the allegations of this paragraph to the extent supported by the referenced letter, which is the best evidence of its contents and speaks for itself.

3.  Defendants admit the allegations of this paragraph to the extent supported by the referenced letter, which is the best evidence of its contents and speaks for itself.

4.  Defendants admit the allegations of this paragraph to the extent supported by the referenced letter, which is the best evidence of its contents and speaks for itself.

5.  This paragraph is a conclusion of law, not a statement of fact.  Insofar as a response is deemed required, defendants admit the allegations of this paragraph only to the extent supported by plaintiff's compliance with the administrative appeal procedures set forth in 28 C.F.R. § 16.9 and related authority.

6.  This paragraph is a conclusion of law, not a statement of fact. Insofar as a response is deemed required, defendants deny.

7.  This paragraph is a conclusion of law, not a statement of fact. Insofar as a response is deemed required, defendants state that plaintiff's entitlement to the requested records is governed by the Freedom of Information Act, 5 U.S.C. § 552.

8.  Admit that plaintiff is entitled to file a federal court complaint following the Office of Information and Privacy's denial of his appeal.

## COUNT TWO (2)

1. (Plaintiff's Renumbering).  Deny.

2.  Deny.

3.  Deny.

4.   Defendants do not have sufficient information to admit or deny what may have been communicated by a state law enforcement office, and therefore deny.

5.   Deny.

6.   Deny.

7.   Deny, and further deny subparagraphs A-F within this paragraph.

8.   Defendants admit that plaintiff did make a request to Federal Bureau of Prisons staff that information in plaintiff's Presentence Report was inaccurate.

9.   Deny.

10.   Deny.

11.   This is a statement of law, not an averment of fact.  Insofar as a response is deemed required, defendants deny that they have engaged in the conduct described in this paragraph, and further deny that a Bivens remedy can lie against the defendants in this action.

Prayer for Relief:  Defendants deny that plaintiff is entitled to the relief requested or any relief whatsoever.

## COUNT THREE (3)

_____1.  (Plaintiff's renumbering).  Defendants incorporate their responses to paragraphs 1-4 of the Jurisdictional Statement as if fully set forth herein.

2.   Deny.

3.   Deny, insofar as the allegation may be read to suggest that employees of the defendants falsified documents used in court proceedings.

4.   Deny.

5.   Deny, and further deny subparagraphs A-F.

6. Deny.

7. This is a statement of law, not an averment of fact.  Insofar as a response is deemed required, defendants deny that they have engaged in the conduct described in this paragraph.

Prayer for Relief:  Defendants deny that plaintiff is entitled to the relief requested or any relief whatsoever.

## COUNT FOUR (4)

1. Defendants do not have sufficient information to admit or deny the allegations in this paragraph, and therefore deny.

2. This paragraph is plaintiff's characterization of the written complaint described in Paragraph 1 of Count 4.

3. This paragraph is plaintiff's characterization of the written complaint described in Paragraph 1 of Count 4.

4. This paragraph is plaintiff's characterization of the written complaint described in Paragraph 1 of Count 4.

5. This is a statement of law, not an averment of fact.  Insofar as a response is deemed required, defendants deny these allegations. and further deny the allegations in subparagraphs A-D within this paragraph.

6. This is a statement of law, not an averment of fact.  Insofar as a response is deemed required, defendants deny these allegations.

Prayer for Relief:  Defendants deny that plaintiff is entitled to the relief requested or any relief whatsoever.

## JURY TRIAL REQUEST

Plaintiff is not entitled to a trial by jury for the claims set forth in the Complaint.

## REQUEST FOR AN INDEPENDENT INVESTIGATION

Plaintiff is not entitled to the appointment of an independent panel as requested in this section of the Complaint.

## CLAIMS FOR RELIEF

1.  (Plaintiff's numbering)  This paragraph is a statement of law, to which no response is required.  Insofar as a response is required, deny.

2. This paragraph is a statement of law, to which no response is required.  Insofar as a response is required, deny.

3.  This paragraph is a statement of law, to which no response is required.  Insofar as a response is required, deny.

4.  This paragraph is a statement of law, to which no response is required.  Insofar as a response is required, deny.

5.  This paragraph is a statement of law, to which no response is required.  Insofar as a response is required, deny.

6.  This paragraph is a statement of law, to which no response is required.  Insofar as a response is required, deny.

7.  This paragraph is a statement of law, to which no response is required.  Insofar as a response is required, deny.

8.  This paragraph is a statement of law, to which no response is required.  Insofar as a response is required, deny.

## REQUEST FOR RELIEF

-7-

A.  (Plaintiff's lettering) This paragraph, subparagraphs 1-8, and subsections a-g of subparagraph 8 constitute plaintiff's request for declaratory relief.  Defendants deny that plaintiff is entitled to the relief requested or any relief whatsoever.

B.  This paragraph and subparagraphs 1-4 constitute plaintiff's request for injunctive relief.  Defendants deny that plaintiff is entitled to the relief requested or any relief whatsoever.

Defendants deny each and every allegation of the Complaint not expressly admitted in this Answer.  Defendants respectfully request and reserve the right to amend, alter and supplement the defenses contained in this answer as the facts and circumstances giving rise to the Complaint become known to it through the course of the litigation.

Defendants, having fully answered, respectfully request that this action be dismissed with prejudice and that the Court grant such other and further relief as may be deemed appropriate.

Respectfully submitted,

_____/s/_____
KENNETH L. WAINSTEIN, D.C. Bar # 451058
United States Attorney


_____/s/_____
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney


_____/s/_____
PETER D. BLUMBERG, Bar # 463247
Assistant United States Attorney
United States Attorneys Office
Judiciary Center Building
555 4th Street, N.W., 10th Floor
Washington, D.C. 20530
(202) 514-7157

Attorneys for Defendants

Dated: June 8, 2006

-8-

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that, on June 8, 2006, I served a copy of the foregoing **Answer** by first class mail, postage pre-paid, on the following:

Amin Jones, plaintiff <u>pro se</u>
No. 01569939-2A1
1200 Baker Street
Houston, TX 77002-1205


_____/s/_____
Peter D. Blumberg
Assistant United States Attorney