UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

AMIN JONES,                              )
                                         )
          Plaintiff,                     )
                                         )
     v.                                  )   Civil Action No. 06-0248 (PLF)
                                         )
UNITED STATES DEPARTMENT OF              )
JUSTICE, et al.,                         )
                                         )
          Defendants.                    )
_____           )

## ORDER

This matter is before the Court on defendants' answer to plaintiff's complaint. Plaintiff seeks the release of information pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552. The requirements of Local Civil Rules 16.3 and 26.2 are inapplicable to FOIA cases. See Local Civil Rules 16.3 (b)(9), 26.2 (a)(9). The Court has reviewed the complaint and the answer. In the answer, defendants raise several grounds for dismissal. They have not filed a dispositive motion or stated their intention to do so. Accordingly, it is hereby

ORDERED that defendants shall file a dispositive motion or a proposed briefing schedule by July 17, 2006.

SO ORDERED.

/s/_____
PAUL L. FRIEDMAN
DATE: June 29, 2006                      United States District Judge