Amin Jones
#01569939-ZAIB
1200 Baker Street
Houston, TX 77002.

RECEIVED
JUL - 3 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Amin Jones,           x
       Plaintiff,     x
   vs.                x   Civil No. 06-0248 (PLF)
United States Department x
of Justice, et. al.,  x
       Defendants     x

PLAINTIFF'S MOTION FOR EXTENSION OF TIME

Comes Now, Amin Jones, "Plaintiff" acting pro-se in the above entitle civil cause, and hereby respectfully moves this Honorable Court to enter an order granting him an extension of time of at least **45 days**, to file his amended complaint and motion in opposition to defendants response motion. In support Plaintiff states as follows:

1

(1) THAT PLAINTIFF IS ACTING PRO-SE, AND NEEDS THE EXTENSION OF TIME BECAUSE HE IS UNABLE TO OBTAIN THE NECESSARY ACCESS TO A LAW LIBRARY NEEDED FOR RESEARCH.

(2) THAT PLAINTIFF NEEDS TO AMEND HIS COMPLAINT TO ASSIST THE COURT ON THE MERITS.

(3) THAT PLAINTIFF IS PRESENTLY BEEN DENIED HIS RIGHTS TO A FEAR JUDICAL HEARING BASED ON THE DEFENDANTS KNOWINGLY AND WILLFULLY WITHHOLDING DOCUMENTS THAT WILL EXSONERTE PLAINTIFF FROM UNJUST PUNISHMENT.

(4) THAT THIS MOTION WAS FILED IN GOOD-FAITH, AND IN ORDER TO REQUEST AN EXTENSION OF TIME FOR FILING.

   WHEREFORE: AMIN JONES, "PLAINTIFF" RESPECTFULLY PRAYS THIS HONORABLE COURT ENTER AN ORDER GRANTING HIM AN EXTENSION OF TIME OF AT LEAST 45 DAYS, AND ANY OTHER RELIEF DEEMED JUST AND PROPER.

RESPECTFULLY SUBMITTED

a. Amin Jones
PRO-SE "PLAINTIFF"

CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT A COPY OF THE FOREGOING AMENDED COMPLAINT WAS SENT VIA FIRST CLASS US/MAIL, POSTAGE PREPAID TO:

U.S. DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
OFFICE OF THE CLERK
333 CONSTITUTION AVE., N.W.
WASHINGTON, D.C. 20001

AND

U.S. DEPT. OF JUSTICE
U.S. ATTORNEYS OFFICE
JUDICIARY CENTER
555 4TH STREET, N.W.
WASHINGTON, D.C. 20001

/s/ AMIN JONES
#01569939 - ZAHB
1200 BAKER STREET
HOUSTON, TX 77002

-B-