UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AMIN JONES,                          x
        PLAINTIFF,                   x    CIV. NO. 06-0248 (PLF)
    VS.                              x
UNITED STATES DEPARTMENT             x
OF JUSTICE, ET. AL.                  x
        DEFENDANTS.                  x

AMENDED COMPLAINT

7) DEFENDANT THE EXECUTIVE OFFICE FOR THE UNITED STATES ATTORNEYS, IS AN EXECUTIVE BRANCH OF THE UNITED DEPARTMENT OF JUSTICE, AND IS BEEN SUED UNDER THE FOIA/PA ACT ~~FOR~~ ACTS STATED IN COUNT ONE (1), THE LEGAL MAILING ADDRESS OF SAID AGENCY IS, 600 E. STREET, N.W. ROOM 7300, WASHINGTON, D.C. 20530.

8) DEFENDANT IRN BRUCE HENSHELWOOD, FLORIDA BAR NO. 232882, IS EMPLOYED BY THE UNITED STATED DEPARTMENT OF JUSTICE, UNITED STATES ATTORNEYS OFFICE, THE DEFENDANT IS BEEN SUED INDIVIDUALLY AND UNDER THE CAPACITY OF EMPLOYMENT FOR THE ACTS STATED IN COUNTS TWO (2) AND THREE (3), HIS LEGAL MAILING ADDRESS IS, 501 WEST CHURCH STREET, SUITE 300, ORLANDO, FLORIDA 32805.

-1-

9) Defendant Paul H. Hennessy, is employed by the United States Department of Justice, United States Probation Office, the Defendant is been sued individually and under the capacity of employment, his legal mailing address is United States Probation Office, 80 N. Hughey Avenue, Suite 300, Orlando, Florida 32801-2275.

Page 18 attached, hereto. Page 18 is a numbered page in Plaintiff's Complaint.

Attachments attached.

Attachment..."H"... is attached hereto, and is identified as Plaintiff's FOIA/PA Act Appeal.

Attachment...."J"... is attached hereto, and is identified as Plaintiff's Request and Appeal to the United States Probation Office.

Attachment..."K"... is attached hereto, and is identified as a written response from Defendant Paul H. Hennessy.

Request for Relief.

A.

9) The Defendants altered the recorded open court proceeding of Plaintiff Criminal Case Doc. No. 51. to deprive him of immunity privileges

-2-

Protected under the First, Fifth and Sixth Amendment to the United States Constitution. Plaintiff had no legal assistance in this cause and is acting Pro-Se, therefore he reserves his rights to amend.

Respectfully Submitted.

x Amin Jones
Pro-Se, Plaintiff

## Certificate of Service

I hereby certify that a copy of the foregoing Amended Complaint was sent via US/Mail postage prepaid to:

U.S. District Court
District of Columbia
333 Constitution Ave., N.W.
Washington, D.C. 20001

AND

U.S. Attorneys Office
Judiciary Center
555 4th Street, N.W.
Washington, D.C. 20001

x Amin Jones
1200 Baker Street
Houston, TX 77002

-3-

5). Immediately refrain from any present or future activities or retaliation against Plaintiff; to include but not limiting, refrain from using their respective office within the government as a vehicle to impose any further harm on Plaintiff or his family.

## C O N C L S I O N

In respect to the acts committed by the Defendant(s), and each of them, Plaintiff direct the Defendant(s) to the Constitution of the United States which specifically address the First, Fourth, Fifth, Sixth and Eight Amendments which states that:

### AMENDMENT I

"Congress shall make no law respecting an establishment of religion, or prohibiting the free exercise thereof: or obridging the freedom of speech, or of the press; or the right of the people peaceably to assemble, and to petition the Government for a redress of grievance."

### AMENDMENT IV

"The right of the people to be secure in their person, house, papers, and effects, against unreasonable searches and seizure, shall not be violated, and no warrants shall issue, but upon probable cause, supported by oath or affirmation and particularly describing the place to be searched, and the persons or things to be seized."

### AMENDMENT V

"non shall be compelled in any criminal case to be a witness against himself, nor be deprived of life, liberty or property without due process of law."

### AMENDMENT VIII

"Excessive bail shall not be required, nor excessive fines imposed, nor cruel and unusual punishments inflicted."

Amin Jones
Reg No.: 88206-079
FCC (USP) Beaumont
P.O. Box 26030
Beaumont, Tx 77720-6030



Dec. 18, 2003.

---

U.S. Department of Justice

Freedom Of Information And Privacy Office
Flag Building Suite 570
Washington, D.C. 20530.

Re: Freedom Of Information and Privacy Act Appeal:
    Request Number.: 03-2895

Authority: 5 U.S.C. 301, 552; 28 U.S.C. 509, 510;
           31 U.S.C. 3801-3812;

### FREEDOM OF INFORMATION AND PRIVACY ACT APPEAL PURSUANT TO 28 C.F.R. 16.9, and 5 U.S.C. 702

This is an appeal under the Freedom of Information and Privacy Act.

On August 13, 2002, I responded to the Executive Office For The United States Attorneys, See Attached Exhibit A.

On or about Dec. 12, 2003, I received a letter signed by Marie A. O'Rourke, stating full denial of my request. see Attached Exhibit B.

I am writing to obtain a precise/detailed Index of documents been withheld, and a determination of why my request has been denied.

I expect a final ruling on my appeal within 20 working days, the time specified in the statute. see additional information attached.

Thank you for your consideration of the appeal.

Sincerely,

Amin Jones

CC: file

## ADDENDUM IN SUPPORT OF APPELLANT'S REQUEST

**VAUGHN v. ROSEN**, 484 F.2d 820 (DC Cir.), Statutory exemtion from disclosure of government documents under Freedom of Information Act, must be construed narrowly in such way as to provide maximum access with overall purpose of the Act, 5 U.S.C. § 552.

**Request for waiver of fees**: Pursuant to 28 C.F.R. 16.11(k), I hereby respectfully request all documents be furnished without charge or at a reduced charge, for the following reasons;

1). The United States Attorneys Office, for the Middle District of Florida, Orlando Division, has overlooked or improperly used false written statement, and continue to maintain these statement within its system of records which is causing requester to be treated unfairly and is depriving him of constitutional rights and privileges.

2). After reviewing information subject agency made available to the public, and submitted to agencies within the Department of Justice, it appears subject agency has failed to investigate and/or consider information other law enforcement agencies has documented as investigative evidence, relevant to timeliness and supports requester's standing.

3). Requester hereby state that the United States Attorneys Office, for the Middle District, Orlando Division, has within its system of records, false written statements, subject agency has used these statements and continue to maintain these records in violation of **Title 18 U.S.C. § 1001**, and/or 5 U.S.C § 552a(i)(2); **Section (e)(5), (g)(1)(C)**.

**SELLERS v. BUREAU OF PRISONS,** 959 F.2d 307, Under the Privacy Act, agency must take reasonable steps to maintain accuracy of information to assure fairness to individuals and, if agency willfully or intentionally fails to maintain its records in that way, and consequently makes determination adverse to individual, it will be libel.

**In this Case Rule 6(e) does not apply.**

WHEREFORE, Requester Amin Jones, requester all his records be furnished to the Office of Information and Privacy for inspection.

AMIN JONES
REG NO.: 88206-079
FCC (USP) BEAUMONT
P.O. BOX 26030
BEAUMONT, TX 77720-6030.



NOV. 15, 2003.

Certify # 7003 1010 0004 4025 7484

Ms. Elaine Terenzi, CUSPO
Chife Probation Officer

ATTN: Duty Officer
United States District Court
900 Timberlake Annex Building
501 East Polk Street
Tampa, Florida 33602-3945

Dear Duty Officer:

**PLEASE NOTE**: The attached **Sellers Request Letter**, is simply to request your assistance in the mention matter. It is clear that a Defendant is entitle to have the probation office provide true and accurate information to the Court.

In this Case either by (neglect or design) the true facts of this case was withheld and clearly **false** and **misleading** information was presented to the United States District Court, causing the Defendant irreparable harm and suffering, simultaneously depriving him of rights and privileges, the presentation of clearly **false** information to the Court is an abuse of discretion, are not in accordance with established **U.S. Supreme Court ruling, Federal Statutes, United States Constitution,** and in violation of the **Privacy Act, 5 U.S.C. § 522a(e)(5),** and the **Administrative Procedural Act, 5 U.S.C §§ 701 et seq.**

WHEREFORE, Defendant/victem Amin Jones, request the United States Probation Office conduct an investigation consistent with any Rule, Code, and/or Regulation that may apply, and present the true facts of the defendant Jones, been kidnaped, tortured and extorted by Hogh Johnson and others members of his organization, this request is been made in good-faith consistent with documented establish records.

[1]

Whenever a party questions the Constitutionality of an Act of Congress, (herein the Administrative Procedural Act, and Privacy Act), in a proceeding in which the United States or its agency, officer or employee is a party the questing party must receive a reply within (10) working days.


CC: file

TO: NAACP

    ACLU

    Administrative Office Of The United States Courts
    Washington, D.C. 20544

    OPR/OIG

    Florida Bar Accusation

                                  Respectfully

                                  Amin Jones


Thank you for your assistance in this matter:

[2]

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
PROBATION OFFICE



ELAINE TERENZI
CHIEF PROBATION OFFICER

501 EAST POLK STREET, ROOM 900
TAMPA, FLORIDA 33602-3945

December 8, 2003

80 NORTH HUGHEY AVENUE, ROOM 310
ORLANDO, FLORIDA 32801-2279

REPLY TO: Orlando

R. A. McIntosh
Unit Manager
USP Beaumont
P. O. Box 26035
Beaumont, TX 77720-6035

                      RE: Jones, Amin
                          Register # 88206-079
                          Response to Sellers Request

Dear Mr. McIntosh:

This letter is in response to your Sellers request regarding the above-referenced inmate.

I have considered the November 15, 2003 letter from inmate Jones which you have forwarded to me. In response, I have reviewed the presentence report that was prepared in this case, and I have also discussed the inmate's allegations with Bruce Hinshelwood, the Assistant United States Attorney who prosecuted Mr. Jones. Based on my investigation, I have concluded that there is no evidence to support the claim of Mr. Jones that the presentence report is inaccurate.

Jones' allegation that he was "kidnaped, tortured and extorted ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ is an apparent attempt to discredit statements made by ▓▓▓ ▓▓▓▓ that implicate Jones in this case. According to AUSA Hinshelwood, he is unaware of any evidence to support this allegation. It is noted that Jones entered a plea of guilty in this case on June 29, 2000, and he made admissions of guilt to both the Court and the Probation Office. (He subsequently attempted to withdraw his guilty plea, and the Court denied the defendant's motion to do so.)

For the record, Mr. Jones has mailed three previous letters to the U.S. Probation Office since July 2003 concerning his presentence report. None of those letters, or his present letter state with any specificity the alleged "errors" in his presentence report. In my written responses to inmate Jones on July 18, 2003 and September 9, 2003, I have emphasized this to him. In your letter to me, you indicate that Jones "maintains that the entire (presentence) report is erroneous." This position by Jones is seen by the Probation Office as frivolous and not a reasonable basis for a Sellers request.

A copy of Jones' letter to the Probation Office dated October 9, 2003, in which he makes a similar claim that he was "extorted, kidnaped, and tortured" ▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓ was forwarded to the U.S. Attorney's Office for review. I have not responded to that letter because it is not sufficiently specific to allow a response. For example, Jones asks that paragraphs 5, 8, 14, 27, and 39 of the presentence report be removed or corrected, however Jones does not indicate which statements in those paragraphs he disputes. In my view,



Case 1:06-cv-00248-PLF   Document 30   Filed 07/28/2006   Page 10 of 10

Re: Jones, Amin
Page 2

repeated letters such as these represent "nuisance" correspondence and do not warrant further response by this office. AUSA Hinshelwood has informed me that he is aware of other attempts by inmate Jones to communicate unfounded allegations to government representatives.

The U.S. Probation Office does not have the time, the resources, or the inclination to answer "nuisance" correspondence such as that generated by inmate Jones. It is requested that our position be conveyed to inmate Jones and that you take whatever action is authorized by Bureau of Prisons policy, if any, to discourage Jones from continuing this pattern of behavior.

I hope that this letter is sufficiently responsive to your request. Should you have any further questions, please do not hesitate to contact me at (407) 648-6371, extension 135.

Sincerely,

Paul H Hennessy, Supervising
United States Probation Officer

cc: Elaine Terenzi, CUSPO
    Bruce Hinshelwood, AUSA