UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMIN JONES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-0248 (PLF) |
| ) | |
| UNITED STATES DEPARTMENT ) | |
| OF JUSTICE , et. al., ) | |
| ) | |
| Defendants. ) | |

**DEFENDANTS' MOTION FOR
ENLARGEMENT OF TIME TO FILE DISPOSITIVE MOTION**

Defendants United States Department of Justice, et al, hereby move for an enlargement of time to file their dispositive motion, through and including October 3, 2006. Good cause exists to grant this motion:

1. Under the scheduling order currently governing proceedings in this matter, defendants' dispositive motion is due August 31, 2006.

2. As set forth in defendants' prior motion requesting the entry of a briefing schedule, plaintiffs' complaint includes claims under both the Freedom of Information Act and the Privacy Act. Subsequent to the filing of defendants' motion requesting the current briefing schedule, the Executive Office of United States Attorneys completed its search for responsive records, and released 224 pages in full and 5 pages in part. In addition, 41 pages were referred to the Drug Enforcememt Administration for review and direct response.

3. Both EOUSA and DEA need additional time to complete declarations and Vaughn indices for the pages that have been withheld in full or in part. Due to the large number of other

FOIA deadlines that these DOJ subcomponents are under, defendants estimate that an additional 30 days will be needed to complete the declarations and Vaughn indices and a brief additional amount of time to prepare the accompanying Motion for Summary Judgment.

    3.  For these reasons defendants seek an enlargement of time through and including October 3, 2006 within which to file their dispositive motion in this matter, with plaintiff's opposition due 30 days thereafter (November 2, 2006) and defendant's reply due 20 days thereafter (November 22, 2006).

    4.  This is the first enlargement of time sought subsequent to defendants' answering the complaint and requesting the entry of a dispositive motions schedule.

    5.  Granting this motion will not require the alteration of pre-trial or trial dates or any in court proceedings.

    6. Defendant's counsel was unable to confer with plaintiff on the relief requested because plaintiff, who is proceeding pro se, has not listed either a telephone number or an electronic mail address with the Court.

    For these reasons, defendants request that the Court grant their Motion for Enlargement of Time.  A proposed order is included with this Motion.

Respectfully submitted,

_____/s/_____
KENNETH L. WAINSTEIN, D.C. Bar # 451058
United States Attorney

_____/s/_____
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

|                          | /s/                                      |
|--------------------------|------------------------------------------|
|                          | PETER D. BLUMBERG, Bar # 463247          |
|                          | Assistant United States Attorney         |
|                          | United States Attorneys Office           |
|                          | Judiciary Center Building                |
|                          | 555 4th Street, N.W., 10th Floor         |
|                          | Washington, D.C. 20530                   |
|                          | (202) 514-7157                           |
|                          |                                          |
|                          | Attorneys for Defendants                 |
| Dated: August 29, 2006   |                                          |

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that, on August 29, 2006, I served a copy of the foregoing **Motion for Enlargement of Time Within Which to File Dispositive Motion** by first class mail, postage pre-paid, on the following:

Amin Jones, plaintiff <u>pro se</u>
1200 Baker Street
Houston, TX 77002

                                         _____/s/_____
                                         Peter D. Blumberg
                                         Assistant United States Attorney