UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMIN JONES,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT<br>OF JUSTICE, et. al.,<br><br>    Defendants. | Civil Action No. 06-0248 (PLF) |

**ORDER**

This matter comes before the Court on defendants' Motion for Extension of Time to File Dispositive Motion. Upon consideration of the motion, and for good cause shown, it is this ___ day of _____, 2006 hereby,

ORDERED that the motion is GRANTED, and it is further

ORDERED the following schedule shall govern further proceedings in this matter:

Defendants' Motion for Summary Judgment:    October 3, 2006

Plaintiff's Opposition:    November 2, 2006

Defendants' Reply:    November 20, 2006

SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Copies:
Amin Jones, plaintiff pro se
1200 Baker Street
Houston, TX 77002

Defendants:    via ECF