UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AMIN JONES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-0248 (PLF) |
| ) | |
| UNITED STATES DEPARTMENT ) | |
| OF JUSTICE, et. al., ) | |
| ) | |
| Defendants. ) | |

FILED

AUG 3 0 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### ORDER

This matter comes before the Court on defendants' Motion for Extension of Time to File Dispositive Motion. Upon consideration of the motion, and for good cause shown, it is this 30th day of August, 2006 hereby,

ORDERED that the motion is GRANTED, and it is further

ORDERED the following schedule shall govern further proceedings in this matter:

Defendants' Motion for Summary Judgment:    October 3, 2006

Plaintiff's Opposition:    November 2, 2006

Defendants' Reply:    November 20, 2006

SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Copies:
Amin Jones, plaintiff pro se
1200 Baker Street
Houston, TX 77002

Defendants:   via ECF