```
NCRSD 535.03 *            INMATE PROFILE                    09-27-2006
PAGE 001 OF 001                                             09:04:17
                 88206-079          REG
REGNO: 88206-079              FUNCTION: PRT   DOB/AGE.: ████████
NAME.: JONES, AMIN                            R/S/ETH.: B/M/O
RSP..: LVN-LEAVENWORTH USP                    MILEAGE.: 1074 MILES
PHONE: 913-682-8700    FAX: 913-578-1010
ARS ASSIGNMENT..: GOOD CONDUCT TIME RELEASE   FBI NO..: 46121CB2
ARS DATE/TIME...: 05-09-2006/1247              INS NO..:
PROJ REL METHOD: UNKNOWN                       SSN.....: ████
PROJ REL DATE..: UNKNOWN       PSYCH: NO      DETAINER: NO        CMC..: YES

               - - - - - - - - RELEASE DESTINATION - - - - - - - -
         AGENCY................:
         DST ASSIGNMENT........:
         ADDRESS...............: 1301 FRANKLIN
                                 HOUSTON, TEXAS 77002
OFFN/CHG RMKS: CONSPIRACY TO P/W/I/D MARIJUANA - 63 MONTHS PLRA + 3 YRS SUPV
OFFN/CHG RMKS: REL + $100 ASSMT - DKT. #6:00-CR-9-ORL-19JGG
    FACL CATEGORY   - - - - -  CURRENT ASSIGNMENT - - - - - -  EFF DATE   TIME
    LVN  ADM-REL    GCT REL    GOOD CONDUCT TIME REL (CCCA)    05-09-2006 1247
    LVN  CARE LEVEL CARE1      HEALTHY OR SIMPLE CHRONIC CARE  10-04-2005 1035
    LVN  CASE MGT   PROG RPT   NEXT PROGRESS REPORT DUE DATE   09-24-2005 1619
    LVN  CASE MGT   RPP INELIG RELEASE PREP PGM INELIGIBLE     08-21-2003 1357
    LVN  CASE MGT   RPP UNT C  RELEASE PREP UNIT PGM COMPLETE  04-16-2006 1320
    LVN  CASE MGT   V94 CDA913 V94 CURR DRG TRAF ON/AFT 91394  10-25-2002 1616
    LVN  CASE MGT   V94 PV     V94 PAST VIOLENCE               01-29-2006 1459
    LVN  CORR SVCS  RAN NEG    RANDOM DRG TST-NEGATIVE         03-01-2006 0630
    LVN  EDUC INFO  ESL HAS    ENGLISH PROFICIENT              09-28-2002 1215
    LVN  EDUC INFO  GED HAS    COMPLETED GED OR HS DIPLOMA     10-22-2002 1554
    LVN  FIN RESP   COMPLT     FINANC RESP-COMPLETED           11-06-2003 1050
    LVN  LEVEL      MEDIUM     SECURITY CLASSIFICATION MEDIUM  03-26-2004 1300
    LVN  MED DY ST  LOWER BUNK LOWER BUNK REQUIRED             10-04-2005 1250
    LVN  MED DY ST  REG DUTY W REGULAR DUTY W/MED RESTRICTION  10-04-2005 1250
    LVN  MED DY ST  YES F/S    CLEARED FOR FOOD SERVICE        10-04-2005 1035
    LVN  RELIGION   NO PREFER  NO PREFERENCE                   12-15-2005 2006




G0000        TRANSACTION SUCCESSFULLY COMPLETED
```



GOVERNMENT EXHIBIT A