U.S. Department of Justice
United States Attorney
District of Columbia
Judiciary Center
555 Fourth Street, N.W.
Washington, D.C. 20001

Official Business
Penalty for Private Use $300

**RETURN TO SENDER**
RELEASED FROM CUSTODY OF HARRIS CO. SHERIFF'S DEPT.

**RETURN TO SENDER**
RELEASED FROM CUSTODY OF HARRIS CO. SHERIFF'S DEPT.

U.S. DEPARTMENT OF JUSTICE
SEP 1 8 2006
MAIN MAILROOM

GOVERNMENT
EXHIBIT
B

US OFFICIAL MAIL
$300 Penalty
For Private Use

