UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMIN JONES, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES DEPARTMENT )<br>OF JUSTICE , et. al., )<br>)<br>Defendants. )<br> ) | Civil Action No. 06-0248 (PLF) |

### ORDER

This matter comes before the Court on defendants' Motion for an Order to Show Cause. Upon consideration of the motion, it is this __ day of _____, 2006 hereby

ORDERED that the motion is GRANTED, and it is further

ORDERED that plaintiff is hereby ordered, within 30 day of this date, to provide a current mailing address as required under Rule 11.1 of the Local Rules of the Court, and it is further

ORDERED that if no updated address is received within 30 days of this Order, this matter shall be dismissed, with prejudice, and it is further

ORDERED that the deadline for filing defendants' Motion for Summary Judgment is hereby stayed until plaintiff provides an up to date address, and that, if an updated address is provided, defendants' Motion for Summary Judgment shall be due ten (10) days thereafter.

SO ORDERED.

_____
PAUL L. FRIEDMAN
UNITED STATES DISTRICT JUDGE

<u>Copies to</u>

Plaintiff:
Amin Jones, plaintiff <u>pro se</u>
1200 Baker Street
Houston, TX 77002

Defendant:
Via ECF