UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

OCT - 3 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

AMIN JONES, )
)
    Plaintiff, )
)
v. )  Civil Action No. 06-0248 (PLF)
)
UNITED STATES DEPARTMENT )
OF JUSTICE, et. al., )
)
    Defendants. )
)

## ORDER

This matter comes before the Court on defendants' Motion for an Order to Show Cause. Upon consideration of the motion, it is this 3rd day of October, 2006 hereby

ORDERED that the motion is GRANTED, and it is further

ORDERED that plaintiff is hereby ordered, within 30 days of this date, to provide a current mailing address as required under Rule 11.1 of the Local Rules of the Court, and it is further

ORDERED that if no updated address is received within 30 days of this Order, this matter shall be dismissed, ~~with prejudice~~, and it is further

ORDERED that the deadline for filing defendants' Motion for Summary Judgment is hereby stayed until plaintiff provides an up to date address, and that, if an updated address is provided, defendants' Motion for Summary Judgment shall be due ten (10) days thereafter.

SO ORDERED.

                                        /s/ (for)
                                        PAUL L. FRIEDMAN
                                        UNITED STATES DISTRICT JUDGE

Copies to

Plaintiff:
Amin Jones, plaintiff pro se
1200 Baker Street
Houston, TX 77002

Defendant:
Via ECF