UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMIN JONES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-0248 (PLF) |
| ) | |
| UNITED STATES DEPARTMENT ) | |
| OF JUSTICE , et. al., ) | |
| ) | |
| Defendants. ) | |

**DEFENDANTS' MOTION TO DISMISS**

By Order of October 3, 2006, this Court directed plaintiff Amin Jones to provide a current mailing address as required under Rule 11.1 of the Local Rules of the Court. See October 3, 2006 Order, USDC PACER Dkt. No. 34. The Court further ordered that if no updated address was received within 30 days of the Order, this matter "shall be dismissed." Id.

As of the date of this filing (November 16, 2006), the PACER docket for this case does not reflect that a current address has been provided by plaintiff. Indeed, defendant's service copy of the Motion for an Order to Show Cause was returned to the United States Attorney's Office as undeliverable. See Exhibit A. Consequently, defendants move for dismissal of this matter, without prejudice, consistent with the Court's October 3 Order.

Respectfully submitted,

　　　　　/s/　　　　　　　　　　
JEFFREY A. TAYLOR, D.C. Bar #498610
United States Attorney

                /s/
RUDOLPH CONTRERAS, D.C. Bar #434122
Assistant United States Attorney

                /s/
PETER D. BLUMBERG, Bar # 463247
Assistant United States Attorney
United States Attorneys Office
Judiciary Center Building
555 4th Street, N.W., 10th Floor
Washington, D.C. 20530
(202) 514-7157

Attorneys for Defendants

Dated: November 16, 2006

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on November 16, 2006, I served a copy of the foregoing **Motion to Dismiss** by first class mail, postage pre-paid, on the following:

Amin Jones, plaintiff <u>pro se</u>
1200 Baker Street
Houston, TX 77002


_____/s/_____
Peter D. Blumberg
Assistant United States Attorney