UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

AMIN JONES,

    PLAINTIFF,

    VS.

UNITED STATES DEPARTMENT

OF JUSTICE,

    DEFENDANT(S) ET. AL.,

CASE # 06-CV-00248 PLF

RECEIVED
NOV 16 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

MOTION FOR EXTENSION OF TIME

Comes Now, Amin Jones, "Plaintiff" acting pro-se in the above entitled cause and respectfully moves this Honorable Court for an extention of time, of at least 30 days to file his pleading. In connection Plaintiff states as follows:

1) Plaintiff is acting pro-se, and needs an extension of time to complete his research needed to file his pleading with the court.

2) Plaintiff will show the court in his pleading that he is entitled to the relief sought.

3) The record will show the the defendant's has made several requests for an extention of time which was granted by the court.

Wherefore, Plaintiff, prays this Honorable Court grant his motion for extension of time for at lease 30 days to file his pleading.

Executed this 3 day of November, 2006.

Respectfully submitted
/s/ Amin Lewis
Plaintiff Pro-se
Lauren James Briefing

CERTIFICATE OF SERVICE

I Amin Jones, hereby certify that I have served a true and correct copy of the foregoing Motion for Extension of Time to:

U.S. District Court
District of Columbia
Clerk of the Court
333 Constitution Ave., N.W.
Washington, D.C. 20001

&

U.S. Department of Justice
U.S. Attorneys Office
555 Forth Street N.W.,
Washington, D.C. 20001

Respectfully
Amin Jones

Amin Jones
Lauren James Briefing, Inc.,
P.O. Box 585
Bronx, New York 10461

RECEIVED
NOV 16 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Clerk of the Court
U.S. District Court
District of Columbia
333 Constitutional Ave., N.W.,
Washington, D.C. 20001

Dear Clerk:

Pleas forward all further pleading filed in the above cause number to Amin Jones, Lauren James Briefing Inc., P.O. Box 585, Bronx, New York 10461.

For Briefing Purposes

Thank you in advance

Respectfully
Amin Jones