UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| AMIN JONES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-0248 (PLF) |
| | ) | |
| UNITED STATES DEPARTMENT OF JUSTICE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

ORDER

Defendants have moved to dismiss the complaint for lack of prosecution based on plaintiff's failure to maintain a current address of record. Plaintiff has moved for an enlargement of time to comply with the Order of October 3, 2006, directing him to provide a current address, and has provided a mailing address. Defendants have not opposed plaintiff's motion for an enlargement of time. Accordingly, it is hereby

ORDERED that plaintiff's motion for an enlargement of time [Dkt. No. 36] is GRANTED; it is

FURTHER ORDERED that defendants' motion to dismiss for failure to prosecute [Dkt. No. 35] is DENIED; and it is

FURTHER ORDERED that, pursuant to the Order of October 3, 2006, defendants shall file their motion for summary judgment within ten (10) days of this Order.

SO ORDERED.

/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: December 13, 2006