UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMIN JONES,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE, et al.,<br><br>    Defendants. | C.A. No. 06-0248 (PLF) |

MOTION FOR EXTENSION OF TIME

    Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, defendants moves for a thirty-day extension of time, to and including January 26, 2007, to file a dispositive motion in this case. The motion is presently due on December 28, 2006. Defendant's counsel has not consulted plaintiff as he is a prisoner and under the rules it is not required.

    The grounds for this motion to extend are as follows:

    Plaintiff filed his complaint on February 10, 2006. R. 1. In March, plaintiff filed an Emergency Motion for Injunction and Motion for Temporary Restraining Order. R. 10. In April, these motions were denied, and plaintiff was directed to provide the full name and address of the parties identified as defendants. R. 17; Minute Order of April 24, 2006. Plaintiff then filed a motion to transfer records which was denied. See R. 17 and R. 18. From May until November, several of defendants' filing were returned as undeliverable and defendant filed a motion to dismiss for failure to prosecute. R. 35. In November 2006, plaintiff submitted a filing which provided an updated address. Because

plaintiff had submitted a filing, this Court determined to denied defendant's motion to dismiss for failure to provide an up-to-date address and ordered defendant to file a dispositive motion on the merits in this Privacy Act/Freedom of Information Act case within 10 days. That motion is presently due on December 28, 2006. As Assistant U.S. Attorney Peter D. Blumberg has resigned and undersigned counsel has just been assigned to this case, a thirty day extension of time for new counsel to familiarize herself with the case file and confer with the defendant agencies before defendants' dispositive motion is filed with the Court. A proposed order is attached.

Respectfully submitted,

_____/s/_____
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney

_____/s/_____
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

_____/s/_____
CLAIRE WHITAKER, D.C. Bar # 354530
Assistant United States Attorney
United States Attorneys Office
Civil Division
555 4th Street, N.W., Room E-4204
Washington, D.C. 20530
(202) 514-7137