UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AMIN JONES,

    Plaintiff,

v().                             C.A. No. 06-0248 (PLF)

UNITED STATES DEPARTMENT OF
   JUSTICE, et al.,

    Defendants.

ORDER

Upon consideration of defendant's motion to extend the time for filing defendant's motion to dismiss, or in the alternative, for summary judgment in this case, and for good cause shown, it is this _____ day of December, 2006,

ORDERED, that the time for filing defendant's dispositive motion is extended to and including January 26, 2007.

_____
UNITED STATES DISTRICT JUDGE

Copies to:

Amin Jones, Plaintiff pro se
1200 Baker Street
Houston, TX 77002-1205

Claire Whitaker
Assistant U.S. Attorney
555 4th St., N.W. E-4204
Washington, D.C. 20530