UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **AMIN JONES,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-0248 (PLF) |
| | ) | |
| **UNITED STATES DEPARTMENT OF JUSTICE, et al.** | ) ) | |
| | ) | |
| Defendant. | ) ) | |

### DEFENDANTS' NOTICE OF CORRECTED CERTIFICATE OF SERVICE

Defendants', through counsel, respectfully submit this corrected certificate of service. Defendants' inadvertently omitted a Certificate of Service on the Motion for Extension of Time, filed December 22, 2006 [Dkt #40]. Defendants' have included both the document and text of the proposed order filed in Dkt #40, as well as a copy of the Order granting the extension of time

[Dkt #41] entered December 27, 2006, in the mailing today.  to and including December

>Respectfully submitted,

>\_\_/s/_____
>KENNETH L. WAINSTEIN, D.C. Bar # 451058
>Assistant United States Attorney


>\_\_/s/_____
>RUDOLPH CONTRERAS, D.C. Bar # 434122
>Assistant United States Attorney


>\_\_ /s/_____
>CLAIRE WHITAKER, DC Bar #354530
>Assistant United States Attorney

>555 4th Street, N.W., Civil Division
>Washington, D.C. 20530
>(202) 514-7224

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on this 27th day of December, 2006, that a copy of the foregoing was filed and served by First-Class mail; postage prepaid to:

AMIN JONES
No. 01569939-2A1
LAUREN JAMES BRIEFING, INC.
PO BOX 585
Bronx NY 10461
*Pro se Plaintiff*

                                        /s/
                                        Colleen McGowan
                                        Paralegal Specialist