**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| AMIN JONES, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES DEPARTMENT OF )<br>JUSTICE, et al. )<br>)<br>Defendants. )<br>)<br>_____ ) | Civil Action No.  06-0248 (PLF) |

**MOTION FOR ENLARGEMENT OF TIME**

Pursuant to Fed. R. Civ. P. 6(b)(1), defendants move this Court for an additional extension of time to and including February 16, 2007, to file defendants' motion for summary judgment accompanied by supporting declarations, and/or *Vaughn Indices*, in this Freedom of Information Act case, 5 U.S.C. § 552 et seq.  Defendants' motion for summary judgment is presently due on January 26, 2007.  As plaintiff is incarcerated, defendants' counsel has not attempted to confer with him concerning this motion.  The reasons for this request are as follows:

This matter was transferred to undersigned counsel primarily assigned to the case on December 22, 2007.  On January 24, 2007, undersigned counsel primarily assigned to the case received the declaration and supporting Vaughn Index from the Executive Office for United States Attorneys (EOUSA).  In the declaration there is reference to a referral to the Drug Enforcement Agency (DEA).  However, undersigned counsel has been unable to consult with the DEA FOIA as of this motion.  Moreover, there are two other components in addition to EOUSA that have been named by plaintiff in his complaint, i.e., the Federal Bureau of Prisons (BOP) and the U.S. Probation Office.  The BOP has indicated to counsel that plaintiff did not file a FOIA

request with the BOP and will provide undersigned counsel with a declaration reflecting this information. With regard to the U.S. Probation Office, undersigned counsel has not been able to obtain information by the present due date concerning a FOIA request made by plaintiff to the U.S. Probation Office.

It is expected that additional information will be received from the DEA, BOP and Probation Office within the next ten days.

For the foregoing reasons, defendants respectfully request that an extension of time, to and including February 16, 2007 be granted for the filing of defendants' motion for summary judgment in this case. A proposed order is attached. As noted above, defendants have not attempted to contact plaintiff.[1] A proposed order is attached.

                    Respectfully submitted,

                    /s/
                    JEFFREY A. TAYLOR, D.C. Bar #498610
                    United States Attorney

                    /s/
                    RUDOLPH.CONTRERAS, D.C. Bar # 434122
                    Assistant United States Attorney

                    /s/
                    CLAIRE WHITAKER, D.C. Bar # 354530
                    Assistant United States Attorney
                    United States Attorneys Office
                    555 4th Street, N.W., Room E-4204
                    Washington, D.C. 20530
                    (202) 514-7137

---

[1] Local Civil Rule 7.1(m) requires "counsel" to discuss nondispositive motions with "opposing *counsel*." It does not require counsel to discuss such motions with pro se parties. Nonetheless, it has been the general practice of this Office to attempt to discuss such motions with nonprisoner, pro se parties. This practice is informed by, and consistent with, Local Civil Rule 16.3(a). The latter rule excludes prisoner pro se parties from the Court's meet-and-confer requirements. Specifically, that Rule requires "[c]ounsel (including any *nonprisoner* pro se party)" to meet and confer prior to a scheduling conference. LCvR 16.3(a) (emphasis added)

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing motion for enlargement of time was served this 26th day of January 2007, on plaintiff by first class mail, postage prepaid, to the address identified in R. 36 (last page of document):

>AMIN JONES, pro se
>LAUREN JAMES BRIEFING INC.
>P.O. Box 585
>Bronx, NY 10461

>/s/
>CLAIRE WHITAKER, D.C. Bar # 354530
>Assistant United States Attorney
>United States Attorneys Office
>Civil Division
>555 4th Street, N.W., Room E-4204
>Washington, D.C. 20530
>(202) 514-7137