## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMIN JONES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-0248 (PLF) |
| ) | |
| UNITED STATES DEPARTMENT OF ) | |
| JUSTICE, et al. ) | |
| ) | |
| Defendants. ) | |
| ) | |

### ORDER

Upon consideration of defendants' motion to extend the time to respond to plaintiff's motion for summary judgment, and for good cause shown, it is this _____ day of _____, 2007,

ORDERED, that said motion is granted. The deadline for defendants' dispositive motion is extended to February 16, 2007.

_____
UNITED STATES DISTRICT JUDGE

Copies to:

AMIN JONES, Plaintiff pro se
LAUREN JAMES BRIEFING INC.
P.O. Box 585
Bronx, NY 10461


CLAIRE WHITAKER
Assistant U.S. Attorney
555 4th St., N.W. Room E-4204
Washington, D.C. 20530