UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| AMIN JONES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-0248 (PLF) |
| | ) | |
| UNITED STATES DEPARTMENT OF JUSTICE, et al. | ) ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| _____ | ) | |

**MOTION FOR ENLARGEMENT OF TIME**

Pursuant to Fed. R. Civ. P. 6(b)(1), defendants move this Court for four additional business days, to and including February 23, 2007, to file defendants' motion for summary judgment addressing all of the claims in plaintiff's complaint. Although plaintiff is no longer incarcerated, he has provided no telephone number by which defendant is able to consult with him concerning this motion. The address is a Lauren James Briefing Inc., and only a Post Office box has been provided to defendant. The reasons for the requested extension of time are as follows:

On January 24, 2007, undersigned counsel primarily assigned to the case received the declaration and supporting Vaughn Index from the Executive Office for United States Attorneys ("EOUSA"). In reviewing these documents, it was determined that additional information should be added to the Vaughn Index. Because of the inclement weather in Washington, D.C., during the week of February 12, 2007, delays were encountered in receiving a revised Vaughn Index from EOUSA.

Moreover, in the EOUSA declaration there is reference to a referral to the Drug Enforcement Agency ("DEA"). The DEA was contacted, but because of the weather, a declaration was not received by undersigned counsel in time to meet the due date for defendant's motion.

In addition to the FOIA claims, plaintiff appears to be raising "Privacy Act" claims against the Federal Bureau of Prisons ("BOP") and U.S. Probation Office. Undersigned counsel primarily assigned to the case has obtained declarations and supporting records from the BOP, but needs additional time to finalize the dispositive motion for filing with the Court.

Although defendants expected to meet the due date for filing a dispositive motion of February 16, 2007, a brief extension of time is now necessary. Accordingly, defendants respectfully request that an extension of time, to and including February 23, 2007, be granted for the filing of defendants' motion for summary judgment in connection with all the claims alleged in plaintiff's complaint. A proposed order is attached.

        Respectfully submitted,

        /s/
        JEFFREY A. TAYLOR, D.C. Bar #498610
        United States Attorney

        /s/
        RUDOLPH.CONTRERAS, D.C. Bar # 434122
        Assistant United States Attorney

        /s/
        CLAIRE WHITAKER, D.C. Bar # 354530
        Assistant United States Attorney
        United States Attorneys Office
        555 4th Street, N.W., Room E-4204
        Washington, D.C. 20530
        (202) 514-7137

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing motion for enlargement of time was served this 16th day of February 2007, on plaintiff by first class mail, postage prepaid, to the address identified in R. 36 (last page of document):

>AMIN JONES, pro se
>LAUREN JAMES BRIEFING INC.
>P.O. Box 585
>Bronx, NY 10461

>/s/
>CLAIRE WHITAKER, D.C. Bar # 354530
>Assistant United States Attorney
>United States Attorneys Office
>Civil Division
>555 4th Street, N.W., Room E-4204
>Washington, D.C. 20530
>(202) 514-7137