**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| AMIN JONES,                                              ) | |
|                                                         ) | |
|                     Plaintiff,                          ) | |
|                                                         ) | |
|          v.                                             ) | Civil Action No.  06-0248 (PLF) |
|                                                         ) | |
| UNITED STATES DEPARTMENT OF                             ) | |
|      JUSTICE, <u>et</u> <u>al</u>.                      ) | |
|                                                         ) | |
|                     Defendants.                         ) | |
|                                                         ) | |
| _____) | |

ORDER

Upon consideration of defendants' motion to extend the time to respond to plaintiff's

motion for summary judgment in connection with plaintiff's FOIA claims, and for good cause

shown, it is this _____ day of _____, 2007,

ORDERED, that said motion is granted.  The deadline for defendants' dispositive motion

is extended to March 2, 2007.

 

 

_____
UNITED STATES DISTRICT JUDGE

Copies to:

AMIN JONES, Plaintiff <u>pro</u> <u>se</u>
LAUREN JAMES BRIEFING INC.
P.O. Box 585
Bronx, NY 10461

CLAIRE WHITAKER
Assistant U.S. Attorney
555 4th St., N.W. Room E-4204
Washington, D.C. 20530