UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMIN JONES, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES DEPARTMENT OF )<br>JUSTICE, et al. )<br>)<br>Defendants. )<br>)<br>_____) | Civil Action No. 06-0248 (PLF) |

## MOTION FOR ENLARGEMENT OF TIME

Pursuant to Fed. R. Civ. P. 6(b)(1), defendants move this Court for an extension of time, to and including March 2, 2007, to file defendants' motion for summary judgment addressing plaintiff's Freedom of Information Act ("FOIA) claims in this case. Defendants have filed this date a dispositive motion that addressing plaintiff's Privacy Act claims. Counsel for defendants has been unable to confer with plaintiff concerning this motion as he has provided no telephone number by which he may be contacted and his service address is a Lauren James Briefing Inc., Post Office Box 585, Bronx, NY 10461.

The reasons for this motion are as follows: Defendants' dispositive motion on all of plaintiff's claims is due February 23, 2007. Although defendants were able to file a dispositive motion addressing Privacy Act claims by the due date, because of a death in one of the agency counsel's families, defendants are unable to complete the documentation necessary to support their dispositive motion addressing plaintiff's FOIA claim. It is expected that the agency counsel will returned to the office on February 26, 2007, and will be able to provide the necessary declaration by Wednesday, February 28, 2007.

Accordingly, defendants respectfully request that an extension of time, to and including March 2, 2007, be granted for the filing of defendants' motion for summary judgment in connection with plaintiff's FOIA claims. A proposed order is attached.

>Respectfully submitted,
>
>            /s/
> JEFFREY A. TAYLOR, D.C. Bar #498610
> United States Attorney
>
>            /s/
> RUDOLPH.CONTRERAS, D.C. Bar # 434122
> Assistant United States Attorney
>
>            /s/
> CLAIRE WHITAKER, D.C. Bar # 354530
> Assistant United States Attorney
> United States Attorneys Office
> 555 4th Street, N.W., Room E-4204
> Washington, D.C. 20530
> (202) 514-7137

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing motion for enlargement of time was served this 22nd day of February 2007, on plaintiff by first class mail, postage prepaid, addressed to:

>AMIN JONES, pro se
>LAUREN JAMES BRIEFING INC.
>P.O. Box 585
>Bronx, NY 10461

>/s/
>CLAIRE WHITAKER, D.C. Bar # 354530
>Assistant United States Attorney
>United States Attorneys Office
>Civil Division
>555 4th Street, N.W., Room E-4204
>Washington, D.C. 20530
>(202) 514-7137