## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMIN JONES, )<br>)<br>    Plaintiff, )<br>)<br>  v. )<br>)<br>UNITED STATES DEPARTMENT OF )<br>  JUSTICE, et al. )<br>)<br>    Defendants. )<br>)<br>_____) | Civil Action No.  06-0248 (PLF) |

### ORDER

Upon consideration of defendants' motion to extend the time to respond to plaintiff's motion for summary judgment in connection with plaintiff's FOIA claims, and for good cause shown, it is this _____ day of _____, 2007,

ORDERED, that said motion is granted.  The deadline for defendants' dispositive motion in connection with plaintiff's FOIA claims is extended to March 2, 2007.

                     _____
                     UNITED STATES DISTRICT JUDGE

Copies to:

AMIN JONES, Plaintiff pro se
LAUREN JAMES BRIEFING INC.
P.O. Box 585
Bronx, NY 10461


CLAIRE WHITAKER
Assistant U.S. Attorney
555 4th St., N.W. Room E-4204
Washington, D.C. 20530