Exhibit 2a

**PAGE ITEMIZATION**

**PAGE NUMBER:** 1 - 3
**DOCUMENT TYPE:** REPORT OF INVESTIGATION (DEA 6 &6a) PAGES 1 - 3 OF 3

**DATE:**     DECEMBER 23, 1999

(   ) **RELEASED**
( X ) **WITHHELD**

**TO:**  CRIMINAL INVESTIGATIVE FILE

**FROM:**  TASK FORCE OFFICER

**PURPOSE:** FURTHERANCE OF A CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|---|---|---|---|
| WHOLE REPORT | IDENTITY OF AND INFORMATION PROVIDED BY A CONFIDENTIAL SOURCE | (b)(7)(D) | CONFIDENTIAL SOURCE INFORMATION |
| PAGE 1: BLOCK 4; PAGES 2-3: BLOCK 2 | INTERNAL MARKINGS & IDENTI-FIER | (b)(2) | G-DEP IDENTIFIER CODE |
| PAGE 1: BLOCKS 5, 9, 12 & 14; DETAILS: PARA 1-3 | NAMES, SIGNATURES & INITIALS OF LAW ENF. PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES OF SPECIAL AGENTS & LAW ENFORCEMENT OFFICER |
| PAGE 1: BLOCK 10; PAGES 1-3: DETAILS: PARA 1-9 | THIRD-PARTY NAMES AND INFORMATION | (b)(7)(C) | THIRD-PARTY(S) NAME & INVESTIGATIVE |
| PAGE 3: INDEXING SECTION | THIRD-PARTY NAMES AND IDENTIFIERS | (b)(7)(C) | NAME(S) OF INDIVIDUAL(S) |
| | INTERNAL MARKINGS, IDENTI-FIERS, AND OR PROCEDURES | (b)(2) | THIRD-PARTY NADDIS IDENTIFIER CODES |

**PAGE ITEMIZATION**

**PAGE NUMBER:** 4 - 14
**DOCUMENT TYPE:** REPORT OF INVESTIGATION (DEA 6 & 6a) PAGES 1 - 11 OF 11

**DATE:** DECEMBER 12, 1999

(   ) **RELEASED**
( X ) **WITHHELD**

**TO:** CRIMINAL INVESTIGATIVE FILE

**FROM:** TASK FORCE OFFICER

**PURPOSE:** FURTHERANCE OF A CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|---|---|---|---|
| WHOLE REPORT | IDENTITY OF AND INFORMATION PROVIDED BY A CONFIDENTIAL SOURCE | (b)(7)(D) | CONFIDENTIAL SOURCE INFORMATION |
| | THIRD-PARTY NAMES, INFORMATION AND IDENTIFIERS | (b)(7)(C) | NAMES OF AND INFORMATION RELATED TO THIRD-PARTY |
| PAGE 1: BLOCK 4; PAGES 2-11: BLOCK 2 | INTERNAL MARKINGS & IDENTI-FIER | (b)(2) | G-DEP IDENTIFIER CODE |
| PAGE 1: BLOCKS 5, 9, 12 & 14; SYNOPSIS; PAGES 1-8: DETAILS PARA 1, 10, 11, 14, 15, 17, 22 & 29 | NAMES & INITIALS OF LAW ENF. PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES OF SPECIAL AGENTS & LAW ENFORCEMENT OFFICER |
| PAGE 1: BLOCK 10, SYNOPSIS; PAGES 1-8: DETAILS PARA 1-29 | THIRD-PARTY NAMES AND INFORMATION | (b)(7)(C) | THIRD-PARTY(S) NAME(S) AND INFORMATION |
| PAGES 9- 11: INDEXING SECTION | THIRD-PARTY NAMES, INFORMATION AND IDENTIFIERS | (b)(7)(C) | NAMES OF AND INFORMATION RELATED TO THIRD-PARTY |
| | INTERNAL MARKINGS, IDENTI-FIERS, AND OR PROCEDURES | (b)(2) | THIRD-PARTY NADDIS IDENTIFIER CODES |

**PAGE ITEMIZATION**

**PAGE NUMBER:**  15 - 16
**DOCUMENT TYPE:** REPORT OF INVESTIGATION (DEA 6 & 6a) PAGES 1 - 2 OF 3

**DATE:**  APRIL 26, 1999

**( X ) RELEASED**
**(   ) WITHHELD**

**TO:**  CRIMINAL INVESTIGATIVE FILE

**FROM:**  DEA SPECIAL AGENT

**PURPOSE:**  FURTHERANCE OF A CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|---|---|---|---|
| PAGE 1: BLOCK 2; PAGES 2-3: BLOCK 2 | INTERNAL MARKINGS & IDENTI- FIER | (b)(2) | G-DEP IDENTIFIER CODE |
| PAGE 1: BLOCKS 5, 9, 12 & 14; PAGES 1-2: DETAILS PARA 2; BOTTOM MARGIN | NAMES, SIGNATURES & INITIALS OF LAW ENF. PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES, SIGNATURES, & INITIALS OF SPECIAL AGENTS, LAW ENFORCEMENT OFFICERS, & SUPPORT PERSONNEL BOTTOM OF PAGE |
| PAGES 2: INDEXING SECTION | THIRD-PARTY NAME | (b)(7)(C) | NAME OF INDIVIDUAL |
|  | INTERNAL MARKINGS, IDENTI- FIERS, AND OR PROCEDURES | (b)(2) | THIRD-PARTY NADDIS IDENTIFIER CODES |

**PAGE ITEMIZATION**

**PAGE NUMBER:**  17
**DOCUMENT TYPE:** REPORT OF INVESTIGATION (CONTINUATION) (DEA 6a) PAGE 3 OF 3

**DATE:**     APRIL 26, 1999

                              (   ) **RELEASED**
                              ( X ) **WITHHELD**

   **TO:**  CRIMINAL INVESTIGATIVE FILE

 **FROM:**  TASK FORCE AGENT

**PURPOSE:** FURTHERANCE OF A CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|------|------------------|-----------|----------|
| BLOCK 2 | INTERNAL MARKINGS & IDENTI-FIER | (b)(2) | G-DEP IDENTIFIER |
| BLOCK 2; INDEXING SECTION | THIRD PARTY NAMES | (b)(7)(C) | NAMES OF INDIVIDUALS/PERSONAL INFORMATION |
| INDEXING SECTION | INTERNAL MARKINGS & IDENTI-FIER | (b)(2) | THIRD-PARTY NADDIS IDENTIFIER CODES |

**PAGE ITEMIZATION**

**PAGE NUMBER:**  18
**DOCUMENT TYPE:** ACQUISITION OF NON-DRUG PROPERTY & REGULATORY SEIZURES (DEA 7A)
**DATE:**
         NOVEMBER 18, 1998

                                              (   ) **RELEASED**
                                         X    (   ) **WITHHELD**

   **TO:**
         CRIMINAL INVESTIGATIVE FILE

   **FROM:**
         TASK FORCE AGENT

**PURPOSE:**
         FURTHERANCE OF A CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|------|------------------|-----------|----------|
| BLOCK 4 | INTERNAL MARKINGS & IDENTI-FIER | (b)(2) | G-DEP IDENTIFIER CODE |
| BLOCKS 13-15, 17, 18 & 20 | NAMES AND SIGNATURES OF LAW ENF. PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES & SIGNATURES OF SPECIAL AGENTS & LAW ENFORCEMENT OFFICER |
| BLOCK 5 | THIRD PARTY NAME | (b)(7)(C) | NAME OF INDIVIDUAL |

**PAGE ITEMIZATION**

**PAGE NUMBER:**  19
**DOCUMENT TYPE:** REPORT OF DRUG PROPERTY COLLECTED, PURCHASED OR SEIZED(DEA 7)

**DATE:**    NOVEMBER 4, 1998

( X ) **RELEASED**
(   ) **WITHHELD**

**TO:**    CRIMINAL INVESTIGATIVE FILE

**FROM:**    TASK FORCE AGENT

**PURPOSE:**    FURTHERANCE OF A CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|------|------------------|-----------|----------|
| BLOCK 3 | INTERNAL MARKINGS & IDENTI-FIER | (b)(2) | G-DEP IDENTIFIER CODE |
| BLOCK 5 | THIRD-PARTY NAME | (b)(7)(C) | THIRD-PARTY NAME |
| BLOCKS 16, 17 & 18, 20, 21, 23 & 37 | NAMES AND SIGNATURES OF LAW ENF. PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES & SIGNATURES OF SPECIAL AGENTS, LAW ENFORCEMENT OFFICERS & SUPPORT PERSONNEL |

**PAGE ITEMIZATION**

**PAGE NUMBER:**  20
**DOCUMENT TYPE:** REPORT OF DRUG PROPERTY COLLECTED, PURCHASED OR SEIZED(DEA 7)

**DATE:**   SEPTEMBER 9, 1998

( X ) **RELEASED**
(    ) **WITHHELD**

**TO:**    CRIMINAL INVESTIGATIVE FILE

**FROM:**   TASK FORCE AGENT

**PURPOSE:**    FURTHERANCE OF A CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|------|------------------|-----------|----------|
| BLOCK 3 | INTERNAL MARKINGS & IDENTI-FIER | (b)(2) | G-DEP IDENTIFIER CODE |
| BLOCK 5 | THIRD-PARTY NAME | (b)(7)(C) | THIRD-PARTY NAME |
| BLOCKS 16, 17 & 18, 20, 21, 23, 34 & 37 | NAMES & SIGNATURES OF LAW ENF. PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES & SIGNATURES OF SPECIAL AGENTS, LAW ENFORCEMENT OFFICERS & SUPPORT PERSONNEL |

**PAGE ITEMIZATION**

**PAGE NUMBER:** 21
**DOCUMENT TYPE:** REPORT OF INVESTIGATION (DEA 6)

**DATE:**     APRIL 7, 2000

( X ) **RELEASED**
(   ) **WITHHELD**

**TO:**   CRIMINAL INVESTIGATIVE FILE

**FROM:**   TASK FORCE AGENT

**PURPOSE:**   FURTHERANCE OF A CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|------|------------------|-----------|----------|
| BLOCK 4 | INTERNAL MARKINGS & IDENTI-FIER | (b)(2) | G-DEP IDENTIFIER CODE |
| BLOCKS 5, 9, 12 & 14; DETAILS: PARA 1; BOTTOM OF PAGE | NAMES, SIGNATURES AND INITIALS OF LAW ENF. PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES & SIGNATURES & INITIALS OF SPECIAL AGENTS & LAW ENFORCEMENT OFFICERS |
| BLOCK 6; PARA 1 | THIRD-PARTY NAMES | (b)(7)(C) | NAMES OF INDIVIDUALS |

## PAGE ITEMIZATION

**PAGE NUMBER:**  22 - 23
**DOCUMENT TYPE:** REPORT OF INVESTIGATION (DEA 6 & 6a) PAGES 1- 2 OF 2

**DATE:**     FEBRUARY 4, 2000

**( X ) RELEASED**
**(   ) WITHHELD**

**TO:**  CRIMINAL INVESTIGATIVE FILE

**FROM:**  TASK FORCE AGENT

**PURPOSE:** FURTHERANCE OF A CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|---|---|---|---|
| PAGE 1: BLOCK 4; PAGE 2: BLOCK 2 | INTERNAL MARKINGS & IDENTI-FIER | (b)(2) | G-DEP IDENTIFIER CODE |
| PAGE 1: BLOCKS 5, 9, 12 & 14; DETAILS: PARA 2,4; BOTTOM MARGIN | NAMES, SIGNATURES AND INITIALS OF LAW ENF. PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES & SIGNATURES & INITIALS OF SPECIAL AGENTS & LAW ENFORCEMENT OFFICERS |
| PAGE 1: BLOCK 6 & 10; PAGES 1-2: DETAILS PARA 2, 3 & 5; PAGE 2: INDEXING SECTION | THIRD-PARTY NAMES AND INFORMATION | (b)(7)(C) | NAMES OF INDIVIDUALS AND INFORMATION RELEATED TO THIRD-PARTIES |
| PAGE 2: INDEXING SECTION | INTERNAL MARKINGS & IDENTI-FIER | (b)(2) | THIRD-PARTY NADDIS IDENTIFIER CODES |

**PAGE ITEMIZATION**

**PAGE NUMBER:**  24
**DOCUMENT TYPE:** REPORT OF INVESTIGATION (DEA 6)

**DATE:**    APRIL 28, 1999

**( X ) RELEASED**
**(   ) WITHHELD**

**TO:**  CRIMINAL INVESTIGATIVE FILE

**FROM:**  TASK FORCE AGENT

**PURPOSE:** FURTHERANCE OF A CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|------|------------------|-----------|----------|
| PAGE 1: BLOCK 4; PAGE 2: BLOCK 2 | INTERNAL MARKINGS & IDENTI-FIER | (b)(2) | G-DEP IDENTIFIER CODE |
| PAGE 1: BLOCKS 5, 9, 12 & 14; DETAILS: PARA 2,4; BOTTOM MARGIN | NAMES, SIGNATURES AND INITIALS OF LAW ENF. PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES & SIGNATURES & INITIALS OF SPECIAL AGENTS & LAW ENFORCEMENT OFFICERS |
| PAGE 1: BLOCK 6; PAGES 1-2: DETAILS PARA 2, 3 & 5; PAGE 2: INDEXING SECTION | THIRD-PARTY NAMES AND INFORMATION | (b)(7)(C) | NAMES OF INDIVIDUALS AND INFORMATION RELATED TO THIRD-PARTIES |
| PAGE 2: INDEXING SECTION | INTERNAL MARKINGS & IDENTI-FIER | (b)(2) | THIRD-PARTY NADDIS IDENTIFIER CODES |

## PAGE ITEMIZATION

**PAGE NUMBER:**   25 - 26
**DOCUMENT TYPE:** REPORT OF INVESTIGATION (DEA 6 & 6a) PAGES 1 - 2 OF 2

**DATE:**   APRIL 28, 1999

**( X ) RELEASED**
**(   ) WITHHELD**

**TO:**   CRIMINAL INVESTIGATIVE FILE

**FROM:**   TASK FORCE AGENT

**PURPOSE:**  FURTHERANCE OF A CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|---|---|---|---|
| PAGE 1: BLOCK 4; PAGE 2: BLOCK 2 | INTERNAL MARKINGS & IDENTI-FIER | (b)(2) | G-DEP IDENTIFIER CODE |
| PAGE 1: BLOCKS 5, 9, 12 & 14; DETAILS: PARA 2,4; BOTTOM MARGIN | NAMES, SIGNATURES AND INITIALS OF LAW ENF. PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES & SIGNATURES & INITIALS OF SPECIAL AGENTS & LAW ENFORCEMENT OFFICERS |
| PAGE 1: BLOCK 6; PAGES 1-2: DETAILS PARA 2 & 3; PAGE 2: INDEXING SECTION | THIRD-PARTY NAMES AND INFORMATION | (b)(7)(C) | NAMES OF INDIVIDUALS AND INFORMATION RELEATED TO THIRD-PARTIES |
| PAGE 2: INDEXING SECTION | INTERNAL MARKINGS & IDENTI-FIER | (b)(2) | THIRD-PARTY NADDIS IDENTIFIER CODES BLOCK 4 |

**PAGE ITEMIZATION**

**PAGE NUMBER:**  27 - 29
**DOCUMENT TYPE:** REPORT OF INVESTIGATION (DEA 6 & 6a) PAGES 1 - 3 OF 3

**DATE:**  APRIL 4, 2000

**(   ) RELEASED**
**( X ) WITHHELD**

**TO:**  CRIMINAL INVESTIGATIVE FILE

**FROM:**  DEA SPECIAL AGENT

**PURPOSE:** FURTHERANCE OF A CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|---|---|---|---|
| WHOLE REPORT | IDENTITY OF AND INFORMATION PROVIDED BY A CONFIDENTIAL SOURCE | (b)(7)(D) | CONFIDENTIAL SOURCE INFORMATION |
| PAGE 1: BLOCK 4; PAGES 2 - 3: BLOCK 2 | INTERNAL MARKINGS & IDENTI-FIER | (b)(2) | G-DEP IDENTIFIER CODE |
| PAGE 1: BLOCKS 5, 9, 12 & 14; DETAILS: PARA 1; BOTTOM MARGIN | NAMES SIGNATURES & INITIALS OF LAW ENF. PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES OF SPECIAL AGENTS & LAW ENFORCEMENT OFFICER |
| PAGE 1: BLOCK 6: PAGES 2-3: BLOCK 2(sic); PAGES 1-3: DETAILS: PARA 1-8 | THIRD-PARTY NAMES AND INFORMATION | (b)(7)(C) | THIRD-PARTY(S) NAME & INVESTIGATIVE |
| PAGES 2-3: INDEXING SECTION | THIRD-PARTY NAMES, IDENTIFIERS AND INFORMATION | (b)(7)(C) | NAME(S) OF INDIVIDUAL(S) AND INFORMATION RELATED TO THIRD-PARTIES |
|  | INTERNAL MARKINGS & IDENTI-FIER | (b)(2) | THIRD-PARTY NADDIS IDENTIFIER CODES |

**PAGE ITEMIZATION**

**PAGE NUMBER:** 30 - 32
**DOCUMENT TYPE:** REPORT OF INVESTIGATION (DEA 6 & 6a) PAGES 1 - 3 OF 3

**DATE:**    FEBRUARY 1, 1999

(   ) **RELEASED**
( X ) **WITHHELD**

**TO:**   CRIMINAL INVESTIGATIVE FILE

**FROM:**   DEA SPECIAL AGENT

**PURPOSE:**   FURTHERANCE OF A CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|---|---|---|---|
| WHOLE REPORT | IDENTITY OF AND INFORMATION PROVIDED BY A CONFIDENTIAL SOURCE | (b)(7)(D) | CONFIDENTIAL SOURCE INFORMATION |
| PAGE 1: BLOCK 4; PAGES 2 - 3: BLOCK 2 | INTERNAL MARKINGS & IDENTI-FIER | (b)(2) | G-DEP IDENTIFIER CODE |
| PAGE 1: BLOCKS 5, 9, 12 & 14; DETAILS: PARA 2; BOTTOM MARGIN | NAMES SIGNATURES & INITIALS OF LAW ENF. PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES OF SPECIAL AGENTS & LAW ENFORCEMENT OFFICER |
| PAGE 1: BLOCK 6: PAGES 2-3: BLOCK 2(sic); PAGES 1-3: DETAILS: PARA 1-9 | THIRD-PARTY NAMES AND INFORMATION | (b)(7)(C) | THIRD-PARTY(S) NAME(S) AND INFORMATION RELATED TO THIRD-PARTIES |
| PAGE 2-3: INDEXING SECTION | THIRD-PARTY NAMES, IDENTIFIERS AND INFORMATION | (b)(7)(C) | NAME(S) OF INDIVIDUAL(S) AND INFORMATION RELATED TO THIRD-PARTIES |
|  | INTERNAL MARKINGS & IDENTI-FIER | (b)(2) | THIRD-PARTY NADDIS IDENTIFIER CODES |

**PAGE ITEMIZATION**

**PAGE NUMBER:** 33 - 35
**DOCUMENT TYPE:** REPORT OF INVESTIGATION (DEA 6 & 6a) PAGES 1 - 3 OF 3

**DATE:**     NOVEMBER 11, 1998

**( )  RELEASED**
**( X )  WITHHELD**

**TO:**   CRIMINAL INVESTIGATIVE FILE

**FROM:**   DEA SPECIAL AGENT

**PURPOSE:**   FURTHERANCE OF A CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|------|------------------|-----------|----------|
| WHOLE REPORT | IDENTITY OF AND INFORMATION PROVIDED BY A CONFIDENTIAL SOURCE | (b)(7)(D) | CONFIDENTIAL SOURCE INFORMATION |
| PAGE 1: BLOCK 4; PAGES 2 - 3: BLOCK 2 | INTERNAL MARKINGS & IDENTI-FIER | (b)(2) | G-DEP IDENTIFIER CODE |
| PAGE 1: BLOCKS 5, 9, 12 & 14; DETAILS: PARA 2; BOTTOM MARGIN | NAMES, SIGNATURES & INITIALS OF LAW ENF. PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES OF SPECIAL AGENTS & LAW ENFORCEMENT OFFICER |
| PAGE 1: BLOCK 6: PAGES 2-3: BLOCK 2(sic); PAGES 1-3: DETAILS: PARA 1-8 | THIRD-PARTY NAMES AND INFORMATION | (b)(7)(C) | THIRD-PARTY(S) NAME(S) AND INFORMATION RELATED TO THIRD-PARTIES |
| PAGE 3: INDEXING SECTION | THIRD-PARTY NAMES, IDENTIFIERS AND INFORMATION | (b)(7)(C) | NAME(S) OF INDIVIDUAL(S) AND INFORMATION RELATED TO THIRD-PARTIES |
| | INTERNAL MARKINGS & IDENTI-FIER | (b)(2) | THIRD-PARTY NADDIS IDENTIFIER CODES |

**PAGE ITEMIZATION**

**PAGE NUMBER:**  36 - 39
**DOCUMENT TYPE:** REPORT OF INVESTIGATION (DEA 6 & 6a) PAGES 1 - 4 OF 4

**DATE:**    OCTOBER 13, 1998

**(   ) RELEASED**
**( X ) WITHHELD**

**TO:**  CRIMINAL INVESTIGATIVE FILE

**FROM:**  DEA SPECIAL AGENT

**PURPOSE:** FURTHERANCE OF A CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|---|---|---|---|
| WHOLE REPORT | IDENTITY OF AND INFORMATION PROVIDED BY A CONFIDENTIAL SOURCE | (b)(7)(D) | CONFIDENTIAL SOURCE INFORMATION |
| PAGE 1: BLOCK 4; PAGES 2-3: BLOCK 2 | INTERNAL MARKINGS & IDENTI-FIER | (b)(2) | G-DEP IDENTIFIER CODE |
| PAGE 1: BLOCKS 5, 9, 12 & 14; DETAILS: PARA 2; BOTTOM MARGIN | NAMES, SIGNATURES & INITIALS OF LAW ENF. PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES OF SPECIAL AGENTS & LAW ENFORCEMENT OFFICER |
| PAGE 1: BLOCK 6: PAGES 2-3: BLOCK 2(sic); PAGES 1-3: DETAILS: PARA 1-7 | THIRD-PARTY NAMES AND INFORMATION | (b)(7)(C) | THIRD-PARTY(S) NAME(S) AND INFORMATION RELATED TO THIRD-PARTIES |
| PAGE 3-4: INDEXING SECTION | THIRD-PARTY NAMES, IDENTIFIERS AND INFORMATION | (b)(7)(C) | NAME(S) OF INDIVIDUAL(S) AND INFORMATION RELATED TO THIRD-PARTIES |
| | INTERNAL MARKINGS & IDENTI-FIER | (b)(2) | THIRD-PARTY NADDIS IDENTIFIER CODES |

**PAGE ITEMIZATION**

**PAGE NUMBER:**  40 - 41
**DOCUMENT TYPE:** REPORT OF INVESTIGATION (DEA 6 & 6a) PAGES 1 - 2 OF 2

**DATE:**  OCTOBER 19, 1998

                                              **(    ) RELEASED**
                                              **( X ) WITHHELD**

    **TO:**  CRIMINAL INVESTIGATIVE FILE

  **FROM:**  TASK FORCE AGENT

**PURPOSE:** FURTHERANCE OF A CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|---|---|---|---|
| WHOLE REPORT | IDENTITY OF AND INFORMATION PROVIDED BY A CONFIDENTIAL SOURCE | (b)(7)(D) | IDENTITY OF AND INFORMATION PROVIDED BY A CONFIDENTIAL SOURCE |
| PAGE 1: BLOCK 2; PAGES 2-4: BLOCK 2 | INTERNAL MARKINGS & IDENTIFIER | (b)(2) | G-DEP IDENTIFIER CODE |
| PAGE 1: BLOCKS 5, 9, 12 & 14; PAGES 1 -4: BOTTOM MARGIN | NAMES, SIGNATURES AND INITIALS OF LAW ENFORCEMENT PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES, SIGNATURES AND INITIALS OF SPECIAL AGENTS & SUPPORT PERSONNEL |
| PAGE 1: BLOCK 6: PAGE 2: BLOCK 2; PAGES 1-2: DETAILS PARA 1-3; PAGE 2: INDEXING SECTION | THIRD-PARTY NAMES AND IDENTIFIERS | (b)(7)(C) | NAMES AND IDENTIFIERS OF INDIVIDUALS |