UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| AMIN JONES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.  06-0248 (PLF) |
| | ) | |
| UNITED STATES DEPARTMENT OF | ) | |
| JUSTICE, <u>et</u> <u>al</u>. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| _____ | ) | |

ORDER

Upon consideration of defendants' motion for summary judgment addressing plaintiff's Freedom of Information Act claims, the opposition and reply thereto, and after a review of the entire record, it is this _____ day of _____, 2007,

ORDERED, that said motion be, and hereby is, granted.  Summary judgment is entered in defendants' behalf and this case is dismissed with prejudice.

_____
UNITED STATES DISTRICT JUDGE

Copies to:

AMIN JONES, Plaintiff <u>pro</u> <u>se</u>
LAUREN JAMES BRIEFING INC.
P.O. Box 585
Bronx, NY 10461


CLAIRE WHITAKER
Assistant U.S. Attorney
555 4th St., N.W. Room E-4204
Washington, D.C. 20530