UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMIN JONES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 06-0248 (PLF) |
| | ) |
| UNITED STATES DEPARTMENT OF JUSTICE, et al., | ) |
| | ) |
| Defendants. | ) |

ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that defendants' motions for summary judgment [Dkt. Nos. 45, 48] are GRANTED; and it is

FURTHER ORDERED that judgment is entered for defendants. This is a final appealable Order. See Rule 4(a), Fed. R. App. P.

SO ORDERED.

/s/_____
PAUL L. FRIEDMAN
DATE: August 9, 2007     United States District Judge