UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| AMIN JONES, | ) | |
|  | ) | |
| Plaintiff, | ) | |
|  | ) | |
| v. | ) | Civil Action No. 06-0248 (PLF) |
|  | ) | |
| UNITED STATES DEPARTMENT OF JUSTICE, et al., | ) | |
|  | ) | |
| Defendants. | ) | |

MEMORANDUM OPINION

Pending before the Court are defendants' motion to dismiss or for summary judgment on the claims brought under the Privacy Act, 5 U.S.C. § 552a, and their motion for summary judgment on the claims brought under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552.  By Orders of February 28, 2007 and March 6, 2007, plaintiff, proceeding pro se, was advised consistent with Fox v. Strickland, 837 F.2d 507 (D.C. Cir. 1988) and Neal v. Kelly, 963 F.2d 453 (D.C. Cir. 1992) about his obligation to respond to defendants' motions by March 29, 2007 and April 10, 2007, respectively, or risk dismissal of the case.  Plaintiff has neither filed responses nor sought leave for additional time to do so.  He therefore has conceded the motions.

Based on the uncontested facts material to the issues at hand, see Defendants' Statement of Material Facts Not in Dispute [Dkt. No. 45] (Privacy Act claims); Statement of Material Facts Not in Dispute [Dkt. No. 48] (FOIA claims), the Court finds that defendants

are entitled to judgment as a matter of law.  A separate Order accompanies this Memorandum Opinion.

DATE:  August 9, 2007

/s/_____
PAUL L. FRIEDMAN
United States District Judge